Case: 2:22cv1898

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
NOV 16 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Brandon Glen Jackson

6208 S 44th Ave.
Laveen, AZ 85339

(Doc 2, 3)

---

**U.S. DISTRICT COURT CLERK'S OFFICE**
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON STREET, SPC 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

NEOPOST    FIRST CLASS MAIL
11/03/2022
US POSTAGE  $001.68⁹
ZIP 85003
041M11468917

ANK

RECEIVED
NOV 16 2022
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    851  6E 1    0111/13/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 85003213099   2104N313004-02523

TO: