# UNITED STATES DISTRICT COURT
## for the
### District of Arizona
### Phoenix Division

FILED ☒ LODGED ___
RECEIVED ___ COPY ___
NOV 2 2 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| Brandon Glen Jackson<br>George Adam Myers<br><br>_____<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Federal Bureau of Investigations<br>Maricopa County Attorney's Office<br><br>_____<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. **CV22-01898-PHX-JJT--ESW**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No<br><br>THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.<br>REFERENCE _LRCvP 5.4_<br>*(Rule Number/Section)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brandon Glen Jackson |
   | Address | 6208 S 44th Ave |
   | | Laveen, AZ 85339 |
   | County | Maricopa |
   | Telephone Number | 6197926619 |
   | E-Mail Address | Brandonjackson178@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Neha Bhatia |
   | Job or Title *(if known)* | Maricopa County Prosecutor |
   | Address | 225 West Madison Street |
   | | Phoenix, AZ 85003 |
   | County | Maricopa |
   | Telephone Number | 6025063411 |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity   [✔] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | FBI Phoenix Field Office |
   | Job or Title *(if known)* | |
   | Address | 21711 N 7th St |
   | | Phoenix, AZ 85024 |
   | County | Maricopa |
   | Telephone Number | 6234661999 |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity   [✔] Official capacity

Defendant No. 3
Name: Jason L Saitta
Job or Title *(if known)*: Special Agent
Address: 21711 N 7th St
City: Phoenix   State: AZ   Zip Code: 85024
County: Maricopa
Telephone Number: 6234661999
E-Mail Address *(if known)*:

☐ Individual capacity  ☑ Official capacity

Defendant No. 4
Name: Jennifer Baniszweski
Job or Title *(if known)*: Special Agent
Address: 21711 N 7th St
City: Phoenix   State: AZ   Zip Code: 85024
County: Maricopa
Telephone Number: 6234661999
E-Mail Address *(if known)*:

☐ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
First Amendment: Freedom of Speech, Thought, and Protesting
Second Amendment: Right to possess firearms and creation of a firearm.
Fourth Amendment: Unreasonable searches and seizures by the government
Fifth Amendment: Double Jeopardy, denial of liberty and property

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

First Amendment: Freedom of Speech, Thought, and Protest
Second Amendment: Right to possess and bear firearms.
Fourth Amendment: Unreasonable searches and seizures by the government
Fifth Amendment: Double Jeopardy, denial of liberty and property

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Jason L Saitta and Jennifer Baniszweski acted under the color of the FBI when they led an investigation against Brandon Jackson. Saitta and Baniszweski both followed the FBI's instructions to pursue certain U.S citizens due to their political views. Both agents also abused their lawful authority by taking property from other individuals not included in the warrant, and pursuing a personal vendetta against Jackson.
Neha Bhatia acted under the color of Maricopa County Attorney's Office when she was the assigned

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Arizona State Capitol Lawn - 1700 W. Washington St, Phoenix AZ 85007
Brandon Jackson Home - 16911 N 49th Way, Scottsdale AZ 85254

B. What date and approximate time did the events giving rise to your claim(s) occur?
Dec 4th 2020 @ 6:30 PM
Dec 12th 2020 @ 7:00 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
From Nov to Dec 3rd 2020, a group including Jackson was protesting at the FBI HQ in Phoenix Arizona. FBI retaliated by ticketing the group and then on Dec 4th spied on Jackson at his residence then followed Jackson to a protest at the Arizona State Capital lawn. Here, the FBI used multiple different police departments to attempt to arrest Jackson. A stand off pursued where Jackson was flash banged and shot with a rubber grenade launcher round at Jackson's groin. Jackson's vehicle and property in the vehicle was damaged and seized.

Dec 12th FBI led a raid on Jackson's and Myers's residence for "weapons manufacturing". Phoenix's swat team "SAU" damaged Jackson's residence and FBI seized more of Jackson's property along with Myers's property. Work computers, guns, and cryptocurrency was included in the seizure.

All charges against Jackson were dropped. The wrongful prosecution by MCAO (Neha Bhatia) and search by Jennifer Baniszweski / Jason L Saitta based on political affiliation, and suppression of exonerating evidence directly effected Jackson's life, career, and property. Due to defendants actions and FBI's agenda to target certain United States citizens; Jackson lost his job, house, cryptocurrency,

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Brandon sustained an injury to his groin area from the grenade launcher. Days after the incident, the area including part of his penis was badly bruised.

No outside treatment was given. Brandon took ibuprofen, salt baths, and muscle relaxants to ease the pain.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Total Monetary damages: ($10,882,000)

Monetary damage relief from FBI
FBI total monetary damages: ($8,840,000)
 Actual damages: ($840,000)
  - FBI shall pay for Brandon's lost salary pay for two years ($150,000)
  - FBI shall pay for the cryptocurrency they took without a warrant, then deleted off the phone. ($40,000)
  - FBI shall pay for Jackson's house that was lost due to defamation and loss of career. (650,000)
 Punitive Damages: ($8,000,000)
  - FBI shall pay two million dollars per constitutional violation they committed. (4)x($2,000,000)

Monetary damage relief from Maricopa County Attorney's Office:
State of Arizona monetary damages: ($2,042,000)
 Actual damages: ($42,000)
  - The State of Arizona shall pay for the damages to Brandon's home ($15,000)
  - The state of Arizona shall pay for the damages to Brandon's vehicle ($5,000)
  - The state of Arizona shall pay for Brandon attorneys fees ($22,000)
 Punitive Damages: ($2,000,000)
  - The State of Arizona shall pay five hundred thousand dollars per constitutional violation they committed (4)x($500,000)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/06/2022

Signature of Plaintiff
Printed Name of Plaintiff   Brandon Jackson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City        State        Zip Code

Telephone Number
E-mail Address

## Additional Attachments

**Additional Text for I(A) - The Parties to This Complaint:**
**Name:** George Adam Myers
**Address:** 6208 S 44th Ave, Laveen AZ, 85339
**County:** Maricopa
**Phone Number:** 480-549-1011
**Email:** myersadam18@gmail.com

**Additional Text for VI(A) - Certification and closing:**
Date of signing: 11/07/2022
Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: George Adam Myers


**Additional Text for II(D) - Basis for Jurisdiction:**
Neha Bhatia acted under the color of Maricopa County Attorney's Office when she was the assigned prosecutor in Jackson's case. Neha abused her position as prosecutor when she suppressed exonerating evidence in Jackson's case to falsely charge him and pursued a personal vendetta by attempting to re-charge Jackson after charges were dropped.

**Additional Text for III(C) - Stement of Claim:**
All charges against Jackson were dropped. The wrongful prosecution by MCAO (Neha Bhatia) and search by Jennifer Baniszweski / Jason L Saitta based on political affiliation, and suppression of exonerating evidence directly effected Jackson's life, career, and property. Due to defendants actions and FBI's agenda to target certain United States citizens; Jackson lost his job, house, cryptocurrency, career, and Jackson's name has been slandered as "Domestic Terrorist" causing censorship across the internet and loss of job opportunities.

**Additional Text for V - Relief:**
Monetary damage relief from Maricopa County Attorney's Office:
State of Arizona monetary damages: ($2,042,000)
Actual damages: ($42,000)
  - The State of Arizona shall pay for the damages to Brandon's home ($15,000)
  - The state of Arizona shall pay for the damages to Brandon's vehicle ($5,000)
  - The state of Arizona shall pay for Brandon's attorneys fees ($22,000)

Punitive Damages: ($2,000,000)
 - The State of Arizona shall pay five hundred thousand dollars per constitutional violation they committed (4)x($500,000)