KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Brandon Glen Jackson and George Adam Myers, | No.   CV 22-01898-PHX-JJT (ESW) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| Federal Bureau of Investigation, *et al.*, | |
| Defendants. | |

Plaintiff Brandon Glen Jackson has filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983, 28 U.S.C. § 1331, and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and paid the filing and administrative fees. The Court will order Defendants to answer the Complaint.

Plaintiff Jackson purports to also file this action on behalf of George Adam Myers, but Mr. Myers has not signed the Complaint and it appears the Complaint was filed solely by Mr. Jackson. Although a non-attorney may appear on his own behalf, that privilege is personal to him, and he has no right to appear as an attorney for others. *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997) (citing *C.E.Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987)). Accordingly, the Court will dismiss George Adam Myers from this action.

. . . .

. . . .

. . . .

TERMPSREF

**IT IS ORDERED:**

(1)  George Adams Myers is **dismissed** as a plaintiff in this case.

(2)  Plaintiff Jackson must either serve each Defendant or seek a waiver of service for each Defendant.

(3)  If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served.  Fed. R. Civ. P. 4(m).

(4)  Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

(5)  Any answer or response must state the specific Defendant by name on whose behalf it is filed.  The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

(6)  This matter is referred to Magistrate Judge Eileen S. Willett pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

Dated this 22nd day of November, 2022.

Honorable John J. Tuchi
United States District Judge

TERMPSREF