Case: 2:22-cv-01898-JJT-ESW

```
____ FILED       ____ LODGED
____ RECEIVED    ____ COPY

       NOV 29 2022

    CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Brandon Glen Jackson

6208 S 44th Ave.
Laveen, AZ 85339

(Doc 6)

---

**CLERK, UNITED STATES DISTRICT COURT**
**SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130**
**401 W. WASHINGTON ST., SPC - 1**
**PHOENIX, AZ 85003-2118**

OFFICIAL BUSINESS



quadient
FIRST-CLASS MAIL
IMI
$000.57
11/23/2022 ZIP 85003
043M31237949

RECEIVED
NOV 29 2022
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    850  FE 1         0011/26/22
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 85003211801      *1879-05243-26-23

UTF
85003>2118