Amendment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Phoenix Division

| | | |
|---|---|---|
| Brandon Glen Jackson | ) | Case No. CV22-01898-PHX-JJT-ESW |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| Federal Bureau of Investigations | ) | |
| Maricopa County Attorney's Office | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

**FILED** ☒   **LODGED** ___
**RECEIVED** ___   **COPY** ___

FEB 02 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Brandon Glen Jackson |
| Address | 6208 S 44th Ave |

| Laveen | AZ | 85339 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Maricopa |
| Telephone Number | 6197926619 |
| E-Mail Address | Brandonjackson178@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Neha Bhatia |
| Job or Title *(if known)* | Maricopa County Prosecutor |
| Address | 225 West Madison Street |

| Phoenix | AZ | 85003 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Maricopa |
| Telephone Number | 6025063411 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | FBI Phoenix Field Office |
| Job or Title *(if known)* | |
| Address | 21711 N 7th St |

| Phoenix | AZ | 85024 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Maricopa |
| Telephone Number | 6234661999 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Jason L Saitta |
| Job or Title *(if known)* | Special Agent |
| Address | 21711 N 7th St |
| | Phoenix / *City* — AZ / *State* — 85024 / *Zip Code* |
| County | Maricopa |
| Telephone Number | 6234661999 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Jennifer Baniszweski |
| Job or Title *(if known)* | Special Agent |
| Address | 21711 N 7th St |
| | Phoenix / *City* — AZ / *State* — 85024 / *Zip Code* |
| County | Maricopa |
| Telephone Number | 6234661999 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
First Amendment: Freedom of Speech, Thought, and Protesting
Second Amendment: Right to possess firearms and creation of a firearm.
Fourth Amendment: Unreasonable searches and seizures by the government
Fifth Amendment: Double Jeopardy, denial of liberty and property

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

First Amendment: Freedom of Speech, Thought, and Protest
Second Amendment: Right to possess and bear firearms.
Fourth Amendment: Unreasonable searches and seizures by the government
Fifth Amendment: Double Jeopardy, denial of liberty and property

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.
See Additional Attachments - "Additional Text for II(D) - Basis for Jurisdiction:"

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?
Arizona State Capitol Lawn - 1700 W. Washington St, Phoenix AZ 85007
Brandon Jackson Home - 16911 N 49th Way, Scottsdale AZ 85254

B.      What date and approximate time did the events giving rise to your claim(s) occur?
Dec 4th 2020 @ 6:30 PM
Dec 12th 2020 @ 7:00 AM

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*
See Additional Attachments - "Additional Text for III(C) - Statement of Claim:"

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Brandon sustained an injury to his groin area from the grenade launcher. Days after the incident, the area including part of his penis was badly bruised.

No outside treatment was given. Brandon took ibuprofen, salt baths, and muscle relaxants to ease the pain.

### V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See Additional Attachments - "Additional Text for V - Relief"

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          02/01/2023

Signature of Plaintiff

Printed Name of Plaintiff          Brandon Glen Jackson

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

# Additional Attachments

### Additional Text for II(D) - Basis for Jurisdiction:

Jason L Saitta and Jennifer Baniszweski acted under the color of the FBI when they led an investigation against Brandon Jackson. Saitta and Baniszweski both followed the FBI's instructions to pursue certain U.S citizens due to their political views. Both agents also abused their lawful authority by aiding in the property seizure and pursuing a vendetta against Jackson and other U.S citizens. The FBI pursued Jackson and other U.S citizens for their political ideologies.

Neha Bhatia acted under the color of Maricopa County Attorney's Office when she was the assigned prosecutor in Jackson's case. Neha abused her position as prosecutor when she suppressed exonerating evidence in Jackson's case to falsely charge him and pursued a personal vendetta by attempting to re-charge Jackson after charges where dropped. Maricopa County Attorney's Office pursued the case against Jackson.

### Additional Text for III(C) - Statement of Claim:

From Nov to Dec 3rd 2020, a group including Jackson was protesting at the FBI HQ in Phoenix Arizona. FBI retaliated by ticketing the group and then on Dec 4th spied on Jackson at his residence then followed Jackson to a protest at the Arizona State Capital lawn. Here, the FBI used multiple different police departments in attempt to arrest Jackson and another U.S citizen. A stand off pursued where Jackson was flash banged and shot with a rubber grenade launcher round at Jackson's groin. The other citizen was arrested. Jackson's vehicle and property in the vehicle was damaged and seized. Jackson's and other U.S citizen's First, Second, and Fourth Amendments of the United States Constitution were violated. Neha Bhatia was assigned prosecutor in the case.

Dec 12th FBI led a raid on Jackson's and another U.S citizen's residence for "weapons manufacturing". Neha Bhatia the prosecutor in the case pursued the indictment against Jackson which led up to the raid. Phoenix's swat team "SAU" damaged Jackson's residence and FBI seized more of Jackson's property along with another U.S citizen's property. Work computers, antique guns, and cryptocurrency were included in the seizure, but not in the warrant for seizure. Other raids on other U.S citizens occured during this time as well. This indictment, raid, and seizures against

1

Jackson and other U.S citizens violated the Second and Fourth Amendments of the United States Constitution.

All charges against Jackson were dropped. The wrongful prosecution by MCAO (Neha Bhatia) and search by FBI (Jennifer Baniszweski and Jason L Saitta) based on political affiliation, and suppression of exonerating evidence directly effected Jackson's life, career, and property. Due to defendants actions pursuing the plaintiff and FBI's agenda to target certain United States citizens; Jackson lost his job, house, cryptocurrency, career, and Jackson's name has been slandered as "Domestic Terrorist" causing censorship across the internet. FBI's agenda to censor individuals on the internet using big tech violates the First Amendment. The tactics FBI use to censor and the unjust use of seizures deprived Jackson, other U.S citizens of their life, liberty, and property, which violates the Fourth and Fifth Amendments of the United States Constitution.

On 8/30/2022 Neha Bhatia refiled charges on Jackson for "Hindering Prosecution 1st deg" and "Resist Arrest - Passive Resistance". Jackson had already beat the charges in court and they were dropped.  Refiling these charges is a direct violation of the Fifth Amendment of the United States Constitution's "Double Jeopardy" clause.

Due to FBI's censoring, surveillance, and working with other government agencies to target Jackson along with other U.S citizens, this case is still ongoing.  Neha Bhatia is still attempting to pursue Jackson at this time.

## Additional Text for V - Relief:

Jackson is requesting the FBI to stop all censoring of Jackson and his business along with removing him off their "Domestic Terrorist" classification. Jackson is also requesting that agents Baniszeski and Saitta be removed from their employment as agents for the FBI.

Jackson is requesting Neha Bhatia to drop all charges against Jackson and to stop her illegal pursuit of Jackson.  Jackson is also requesting that Bhatia is stripped of her BAR license and is removed from her employment as prosecutor for MCAO.

**Total Monetary damages: ($10,932,000) for Jackson:**

**Monetary damage relief from FBI**

FBI total monetary damages: ($8,890,000)

Actual damages: ($890,000)

  - FBI shall pay for Jackson's lost salary pay for three years: ($200,000)

  - FBI shall pay for the cryptocurrency they took without a warrant, then deleted off
the       phone: ($40,000)

   - FBI shall pay for Jackson's house that was lost due to defamation and loss of career:
        (650,000)

Punitive Damages: ($8,000,000)

  - FBI shall pay two million dollars per constitutional violation they are found guilty of
        commiting against Jackson: (4)x($2,000,000)

**Monetary damage relief from Maricopa County Attorney's Office:**

Maricopa County Attorney's Office monetary damages: ($2,042,000)

Actual damages: ($42,000)

  - Maricopa County Attorney's Office shall pay for the damages to Jackson's home
        ($15,000)

  - Maricopa County Attorney's Office shall pay for the damages to Jackson's vehicle
        ($5,000)

  - Maricopa County Attorney's Office shall pay for Jacksons attorneys fees ($22,000)

Punitive Damages: ($2,000,000)

  - Maricopa County Attorney's Office shall pay five hundred thousand dollars per
        constitutional violation they are found guilty of commiting against Jackson:
        (4)x($500,000)


**Monetary Damage Relief For U.S Citizens Who Join The Complaint:**

Any U.S citizen who was affected by the FBI and/or Maricopa County Attorneys Office in
this case may be allowed to join in the complaint. Each U.S citizen shall be awarded
$100,000 per constitutional violation that the FBI and/or MCAO has been found guilty
of.

3