Amendment

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 0 9 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Phoenix Division

Brandon Glen Jackson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Federal Bureau of Investigations
Maricopa County Attorney's Office

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. CV22-01898-PHX-JJT-ESW
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brandon Glen Jackson |
| Address | 6208 S 44th Ave |
| City / State / Zip Code | Laveen, AZ 85339 |
| County | Maricopa |
| Telephone Number | 6197926619 |
| E-Mail Address | Brandonjackson178@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Neha Bhatia |
| Job or Title *(if known)* | Maricopa County Prosecutor |
| Address | 225 West Madison Street |
| City / State / Zip Code | Phoenix, AZ 85003 |
| County | Maricopa |
| Telephone Number | 6025063411 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | FBI Phoenix Field Office |
| Job or Title *(if known)* | |
| Address | 21711 N 7th St |
| City / State / Zip Code | Phoenix, AZ 85024 |
| County | Maricopa |
| Telephone Number | 6234661999 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Jason L Saitta |
| Job or Title *(if known)* | Special Agent |
| Address | 21711 N 7th St |
| | Phoenix (*City*) AZ (*State*) 85024 (*Zip Code*) |
| County | Maricopa |
| Telephone Number | 6234661999 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Jennifer Baniszweski |
| Job or Title *(if known)* | Special Agent |
| Address | 21711 N 7th St |
| | Phoenix (*City*) AZ (*State*) 85024 (*Zip Code*) |
| County | Maricopa |
| Telephone Number | 6234661999 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
First Amendment: Freedom of Speech, Thought, and Protesting
Second Amendment: Right to possess firearms and creation of a firearm.
Fourth Amendment: Unreasonable searches and seizures by the government
Fifth Amendment: Double Jeopardy, denial of liberty and property

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

First Amendment: Freedom of Speech, Thought, and Protest
Second Amendment: Right to possess and bear firearms.
Fourth Amendment: Unreasonable searches and seizures by the government
Fifth Amendment: Double Jeopardy, denial of liberty and property

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Additional Attachments - "Additional Text for II(D) - Basis for Jurisdiction:"

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Arizona State Capitol Lawn - 1700 W. Washington St, Phoenix AZ 85007
Brandon Jackson Home - 16911 N 49th Way, Scottsdale AZ 85254

B. What date and approximate time did the events giving rise to your claim(s) occur?

Dec 4th 2020 @ 6:30 PM
Dec 12th 2020 @ 7:00 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Additional Attachments - "Additional Text for III(C) - Statement of Claim:"

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Brandon sustained an injury to his groin area from the grenade launcher. Days after the incident, the area including part of his penis was badly bruised.

No outside treatment was given. Brandon took ibuprofen, salt baths, and muscle relaxants to ease the pain.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Additional Attachments - "Additional Text for V - Relief"

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/08/2023

Signature of Plaintiff

Printed Name of Plaintiff Brandon Glen Jackson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address

# Additional Attachments

## Additional Text for I (B) - The Defendant(s):

Defendant No. 5

| | |
|---|---|
| Name | : Rachel Mitchell |
| Job or Title (if known) | : County Attorney for Maricopa County. |
| Address | : 3131 W Durango St, Phoenix, AZ 85009 |
| County | : Maricopa |
| Telephone Number | : (602) 372-4000 |
| Official capacity | : Yes |

## Additional Text for II(D) - Basis for Jurisdiction:

Jason L Saitta and Jennifer Baniszweski acted under the color of the FBI when they led an investigation against Brandon Jackson. Saitta and Baniszweski both followed the FBI's instructions to pursue certain U.S citizens due to their political views. Both agents also abused their lawful authority by aiding in the property seizure and pursuing a vendetta against Jackson and other U.S citizens. The FBI pursued Jackson and other U.S citizens for their political ideologies.

Neha Bhatia acted under the color of Maricopa County Attorney's Office when she was the assigned prosecutor in Jackson's case. Neha abused her position as prosecutor when she suppressed exonerating evidence in Jackson's case to falsely charge him and pursued a personal vendetta by attempting to re-charge Jackson after charges were dropped. Maricopa County Attorney's Office pursued the case against Jackson.

Rachel Mitchell acted under the color of Maricopa County Attorney's Office when she was elected Attorney for Maricopa County. Mitchell was elected in April 2022 after Allister Adel resigned. It is unsure whether Mitchell is currently pursuing the charges against Jackson, but her elected position as Attorney for Maricopa County is the basis for Mitchell's inclusion of the complaint.

## Additional Text for III(C) - Statement of Claim:

### Initial Charges and Events:

From Oct to Dec 3rd 2020, a group including Jackson were protesting at different locations including the FBI HeadQuarters, the Arizona State Capitol Building, Maricopa County Tabulation and Election Center in Phoenix Arizona. FBI retaliated by ticketing the group and then on Dec 4th spied on Jackson at his residence, following Jackson to a protest at the Arizona State Capitol lawn. Here, the FBI used multiple different police departments in an attempt to arrest Jackson and another U.S citizen. A stand off pursued where Jackson was flash banged and shot with a rubber grenade launcher round at Jackson's groin. The other citizen was arrested. Jackson's vehicle and property in the vehicle was damaged and seized without a warrant. Jackson's and other U.S citizen's First, Second, and Fourth Amendments of the United States Constitution were violated. Neha Bhatia was assigned prosecutor in the case.

Dec 12th 2020 FBI led a raid on Jackson's and another U.S citizen's residence for "weapons manufacturing". Neha Bhatia, the prosecutor in the case, pursued the indictment against Jackson which led up to the raid. Phoenix's swat team "SAU" damaged Jackson's residence and the FBI seized more of Jackson's property along with another U.S citizen's property. Work computers, antique guns, and cryptocurrency were included in the seizure, but not in the warrant for seizure. Guns, personal computers and cell phones were seized with warrant. Other raids on other U.S citizens occurred during this time as well. These indictments, raids, and seizures against Jackson and other U.S citizens violated the Second and Fourth Amendments of the United States Constitution.

All charges against Jackson were dropped on 5/25/22. The wrongful prosecution by MCAO (Neha Bhatia, Allister Adel, and Rachel Mitchell) and search by FBI's Joint Terrorism Task Force (Jennifer Baniszweski and Jason L Saitta) based on political affiliation, and suppression of exonerating evidence directly affected Jackson's life, career, and property. Due to defendants actions pursuing the plaintiff and FBI's agenda to target certain United States citizens; Jackson lost his job, house, cryptocurrency, career, and Jackson's name has been slandered as "Domestic Terrorist" causing censorship across the internet. The FBI's agenda to censor individuals on the internet using big tech violates the First Amendment. The tactics FBI used to censor and the unjust use of seizures deprived Jackson, other U.S citizens of their life, liberty, and property, which violates the Fourth and Fifth Amendments of the United States Constitution.

On 8/30/2022 Neha Bhatia refiled charges on Jackson for "Hindering Prosecution 1st deg" and "Resist Arrest - Passive Resistance". Jackson had already beat the charges in court and were initially dropped with prejudice (later appealed, dropped without prejudice). Refiling these charges is a direct violation of the Fifth Amendment of the United States Constitution's "Double Jeopardy" clause. Not only does the charges violate the Fifth Amendment, but Jackson was never served or given notice of the complaint by Bhatia. Due to no notice or service on Jackson, the court issued a warrant for his arrest on 10/24/2022.

**Discovery and Facts:**

Maricopa County Attorney's Office states on their website under "Investigations Division: Task force Participation" that "*The Investigations Division Commander oversees the Division's involvement and participation in task forces. MCAO detectives are assigned to the FBI's Joint Terrorism Task Force, the U.S. Marshal's Violent Offender Task Force, the Arizona Counter-Terrorism Information Center and the Drug Enforcement Administration.*" Meaning that MCAO directly works with the FBI's Joint Terrorism Task Force, the same division of the FBI that targeted Jackson and other U.S Citizens to strip them of their Constitutional rights under guise of "Counterterrorism" and "National Security". MCAO was not only involved in prosecuting Jackson, but was directly involved with the investigation into Jackson's and other U.S citizens cases. Because MCAO was involved in the investigation, certain qualified immunity laws regarding prosecutors and attorneys are relinquished.

Upon investigation, other Arizona citizens were facing similar charges and situations in Maricopa County. Recent complaints including one from a group of protestors who were arrested October 17th 2020 show that MCAO falsely indicted the group by a grand jury on charges of "assisting with a criminal street gang". In the same manner, MCAO falsely indicted Jackson and two other defendants in the case with "Weapons Manufacturing" along with multiple other felony and misdemeanor charges. Neha Bhatia was the prosecutor for Jackson's case and the two defendants involved in Jackson's case, however was not involved with the Oct 17th groups case.

Due to multiple divisions and prosecutors in the Maricopa County Attorney's Office being used to target Arizona citizens expressing their First Amendment right by protesting, the problem seems to lie with Maricopa County Attorney's elected seat. Allister Adel was the County Attorney during Jackson's initial charges then Rachel Mitchell took up the seat after Adel's resignation. Jackson believes that Allister Adel initially pursued protestors by charging them with false felonies then attempted to force the charged citizens to take harsh plea deals. Jackson's pleas started harsh then over the year came down to a plea deal of "Resisting Arrest". Jackson rejected all plea deals as he did not commit the crimes he was indicted on. Jackson believes either Rachel Mitchell has continued Adel's pursuit of U.S and Arizona citizens protesting in Maricopa County, or Neha Bhetia has a vendetta against Jackson and is retaliating against him.

Throughout 2019, 2020, and 2021 multiple Executive Orders and Acts were passed by President Trump, President Biden, and the House Judiciary Committee to investigate and prosecute "Domestic Terrorism" and/or "Domestic Terrorists". Multiple departments and federal government entities were included in these orders and acts that gave them power to pursue these U.S citizens deemed " Domestic Terrorist". Of these entities, the FBI, ATF, and DHS are included as the ones who perform the investigations.

Based on leaked whistleblower information, the FBI used their Joint Terrorsim Task Force to target U.S citizens who are associated with the Boogaloo, Antifa, BLM, Proud Boys,

Three Percenters, Oath Keepers, and other groups who commonly are seen protesting. Whistleblower information also shows that the FBI targets those who support the Second Amendment and label them as "Domestic Terrorists" to pursue a political agenda. The FBI is currently targeting U.S citizens solely due to their political affiliation and views. Many of these targeted U.S citizens, like Jackson, have not committed any crimes, yet the FBI pursues them anyway as guise of protecting "National Security" and "Counterterrorism".

Jackson was targeted due to his affiliation with a group known as "The Boogaloo". The Boogaloo is a group of Anarchist / Libertarian minded individuals who heavily support the Second Amendment and believe in self governance. Whistleblower documents show that "The Boogaloo" was the top group that the Joint Terrorism Task Force targeted. Multiple court cases across the U.S both show and prove that citizens associated with the Boogaloo have been monitored, surveilled, charged in court, and killed during raids. These citizens typically have committed no violent crimes, are targeted over firearms and their political beliefs.

The FBI has used false accusations that members of the Boogaloo are racist and supports white supremacy in order to pursue members of the movement. The executive orders and acts that were passed allowed the FBI and other departments to pursue groups that incited racism and "white supremacy". This false accusation is farthest from the truth as members of the movement have been at black lives matter rallies in support of the cause (but not necessarily the organization BLM). Members of the Boogaloo movement come from all creeds, nations, religions, race, and genders. This has been shown throughout the U.S at countless rallies/protests where the FBI also documented this.

Not only is the FBI investigating the groups mentioned above, but the FBI also work with giant tech companies like Amazon, Twitter, Google, and Facebook to censor the groups. Throughout Jackson's case, the FBI monitored Jacksons Twitter and logged posts and logged them as evidence against Jackson.

Never has Jackson been banned, flagged, or had warnings of his social media account being removed. However, throughout the period where FBI and MCAO attempted to charge Jackson, Jackson was banned off Facebook, Twitter, and MeWe. All of the social media companies stated that Jackson "violated terms and conditions" but did not explain. None of the posts were flagged, rather it seemed as though the FBI reached out to the social media companies to remove Jackson due to his political beliefs. The FBI did not stop with social media, and seemed to have used Amazon to ban Jackson from all websites that use Amazon Web Services (AWS) and blocked Jackson's name on search engines. Jackson and his business Black's Game Lounge was auto banned off GoFundMe and OfferUp, and Black's Game Lounge website was shadow banned on GoDaddy. All of these websites use Amazon's AWS. Jackson was able to undo the shadow ban on the game lounge's website by self hosting it.

Upon reviewing, in November 2018 FBI Deputy Assistant Director for Counterterrorism Christine Halvorsen revealed that The FBI is using Amazon Web Services' cloud services to

process, host and analyze both classified and unclassified counterterrorism data. The data collection and analysis for counterterrorism investigations are now carried out in one of several AWS regions, depending on the sensitivity of the data. Information classified at the secret or top secret level makes use of the C2S cloud, which was developed by AWS in 2013 for the CIA and other intelligence agencies. Sensitive unclassified data can be hosted on either AWS' East or West GovCloud region depending on geographic proximity.

In Dec 2022 Elon Musk released a series of files after Musk purchased and became CEO of Twitter. The files stated that the FBI paid Twitter an estimated $3,415,323 since October 2019 to ban conservatives and Libertarian minded individuals off the platform. Musk bought Twitter late 2022, it seems like the FBI and Twitter have been working together up until Musk bought Twitter. The files reveal the FBI could communicate with top Twitter executives through multiple channels, including email accounts and specially built encrypted portals. The bureau would often send the company lists of users they wanted investigated for terms of use violations.

Due to the way Jackson was charged and arrested, Jackson fit the FBI's mold for a "Domestic Terrorist" and was labeled as such. Being labeled as a terrorist, Jackson was and still is being picked up by the FBI's/ Amazon's data servers and being banned from AWS. The files from Twitter the FBI submitted as evidence against Jackson prove the FBI was surveilling Jackson on Twitter. Elon Musk's leaked documents also show how Jackson and his business was targeted.

## Additional Text for V - Relief:

Jackson is requesting the FBI to stop all censoring of Jackson and his business along with removing him from their "Domestic Terrorist" classification. Jackson is requesting any and all information the FBI collected on Jackson. Jackson is also requesting that agents Baniszeski and Saitta be removed from their employment as agents for the FBI.

**Total Monetary damages: ($10,932,000) for Jackson:**

**Monetary damage relief from FBI**
FBI total monetary damages: ($8,890,000)

Actual damages: ($890,000)
- FBI shall pay for Jackson's lost salary pay for three years: ($200,000)
- FBI shall pay for the cryptocurrency they took without a warrant, then deleted off the phone: ($40,000)
- FBI shall pay for Jackson's house that was lost due to defamation and loss of career: (650,000)

Punitive Damages: ($8,000,000)
- *FBI shall pay two million dollars per constitutional violation they are found guilty of* committing against Jackson: (4)x($2,000,000)

**Monetary damage relief from Maricopa County Attorney's Office:**
Maricopa County Attorney's Office monetary damages: ($2,042,000)

Actual damages: ($42,000)
- Maricopa County Attorney's Office shall pay for the damages to Jackson's home ($15,000)
- Maricopa County Attorney's Office shall pay for the damages to Jackson's vehicle ($5,000)
- Maricopa County Attorney's Office shall pay for Jacksons attorneys fees ($22,000)

Punitive Damages: ($2,000,000)
- Maricopa County Attorney's Office shall pay five hundred thousand dollars per constitutional violation they are found guilty of committing against Jackson: (4)x($500,000)

***Monetary Damage Relief For U.S Citizens Who Join The Complaint:***

Any U.S citizen who was affected by the FBI and/or Maricopa County Attorney's Office in this case may be allowed to join in the complaint. Each U.S citizen shall be awarded $100,000 per constitutional violation that the FBI and/or MCAO has been found guilty of.