# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Brandon Glen Jackson,

      Plaintiff,

v.

Federal Bureau of Investigations, et al.,

      Defendants.

NO. CV22-01898-PHX-JJT-(ESW)

**INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit 1 | CR2020-145527 Docket |
| Exhibit 2 | Direct Complaint, CR2020-145527 |
| Exhibit 3 | Minute Entry Dated 7/18/202, CR2020-145527 |
| Exhibit 4 | Direct Complaint, CR2022-006717-001 |
| Exhibit 5 | Release Order, CR2022-006717 |

Exhibit 1
CR2020-145527 court docket



Select Language ▼

Powered by Google **Translate**

# Criminal Court Case Information – Case History

## Case Information
Case Type:    Criminal                Location:    Downtown

## Party Information

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | Wood, Krista | | |
| Wesley Warren Temple - (2) | Defendant | M | To Be Determined | Master Calendar | CR2020-145527-002 |
| Brandon Glen Jackson - (3) | Defendant | M | Bell, Michelle | Master Calendar | CR2020-145527-001 |
| Nathan Andrew Bergstrom - (4) | Defendant | M | Ikram, Laila | Master Calendar | CR2020-145527-003 |

## Disposition Information

| Party Name | ARSCode | Description | Crime Date | Disposition Code | Disposition | Date |
|---|---|---|---|---|---|---|
| Wesley Warren Temple | 13-3102A3 (F4) | PROHIB WPN-MFG/POSS/SELL | 12/4/2020 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/23/2021 |
| Wesley Warren Temple | 13-3102A3 (F4) | PROHIB WPN-MFG/POSS/SELL | 12/4/2020 | Dismissed - Plea Other | Dismissed Due To Plea On Other Count | 8/23/2021 |
| Wesley Warren Temple | 13-3102A4 (F4) | POSS WPN BY PROHIB PERSON | 12/4/2020 | Pled to Reduced Charge | Pled Guilty To Reduced Charge | 8/23/2021 |
| Brandon Glen Jackson | 13-3102A3 (F4) | PROHIB WPN-MFG/POSS/SELL | 12/4/2020 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 1/29/2021 |
| Brandon Glen Jackson | 13-2512A (F5) | HINDERING PROSECUTION 1ST DEG | 12/4/2020 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 1/29/2021 |
| Brandon Glen Jackson | 13-2508A3 (M1) | RESIST ARREST - PASSIVE RESISTANCE | 12/4/2020 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 1/29/2021 |
| Brandon Glen Jackson | 13-3102A3 (F4) | PROHIB WPN-MFG/POSS/SELL | 12/4/2020 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 1/29/2021 |
| Nathan Andrew Bergstrom | 13-3102 (F4) | MISCONDUCT INVOLVING WEAPONS | 12/3/2020 | Dismissed Due To Grand Jury Indictment | Dismissed Due To Grand Jury Indictment | 1/29/2021 |
| Brandon Glen Jackson | 13-2512A (F5) | HINDERING PROSECUTION 1ST DEG | 12/4/2020 | Dismd Pros Mot | Dismissed By Prosecution Motion | 5/24/2022 |
| Brandon Glen Jackson | 13-3102A3 (F4) | PROHIB WPN-MFG/POSS/SELL | 12/4/2020 | Dismd Pros Mot | Dismissed By Prosecution Motion | 5/24/2022 |
| Brandon Glen Jackson | 13-2508A3 (M1) | RESIST ARREST - PASSIVE RESISTANCE | 12/4/2020 | Dismd Pros Mot | Dismissed By Prosecution Motion | 5/24/2022 |
| Nathan Andrew Bergstrom | 13-3102A3 (M1) | PROHIB WPN-MFG/POSS/SELL | 12/3/2020 | Pled to Reduced Charge | Pled Guilty To Reduced Charge | 7/27/2021 |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 9/20/2022 | CAO - Court Of Appeals Order - Party (001) | 9/21/2022 | |
| **NOTE:** ORDER GRANTING MOTION TO DISMISS | | | |
| 9/20/2022 | ALT - Appeals Letter Of Transmittal - Party (001) | 9/21/2022 | |
| 8/19/2022 | REC - Receipt - Party (001) | 8/22/2022 | |
| **NOTE:** APPOINTED COUNSEL | | | |

| Date | Description | Date |
|---|---|---|
| 7/28/2022 | REC - Receipt - Party (001) | 7/29/2022 |

**NOTE:** ATTORNEY GENERAL

| | | |
|---|---|---|
| 7/26/2022 | CAR - Court Of Appeals Receipt - Party (001) | 7/27/2022 |
| 7/26/2022 | AIX - Appeals Index - Party (001) | 7/27/2022 |

**NOTE:** ELECTRONIC INDEX OF RECORD

| | | |
|---|---|---|
| 7/19/2022 | 019 - ME: Ruling - Party (001) | 7/19/2022 |
| 7/11/2022 | CAO - Court Of Appeals Order - Party (001) | 7/13/2022 |

**NOTE:** STAYING APPEAL & REVESTING JURISDICTION IN SUPERIOR COURT

| | | |
|---|---|---|
| 7/5/2022 | 029 - ME: Status Conference - Party (001) | 7/5/2022 |
| 6/30/2022 | 028 - ME: Status Conference Set - Party (001) | 6/30/2022 |
| 6/29/2022 | CAR - Court Of Appeals Receipt - Party (001) | 6/30/2022 |
| 6/24/2022 | LET - Letter - Party (001) | 6/27/2022 |
| 6/24/2022 | NOT - Notice - Party (001) | 6/27/2022 |

**NOTE:** NOTIFICATION NOTICE OF APPEAL FILED

| | | |
|---|---|---|
| 6/16/2022 | RES - Response - Party (001) | 6/17/2022 |

**NOTE:** DEFENDANT'S RESPONSE TO STATE'S MOTION TO RECONSIDER COURT'S ORDER DISMISSING THE PROSECUTION WITH PREJUDICE

| | | |
|---|---|---|
| 6/16/2022 | RES - Response - Party (001) | 6/17/2022 |

**NOTE:** DEFENDANT'S RESPONSE TO STATE'S MOTION TO RECONSIDER COURT'S ORDER DISMISSING THE PROSECUTION WITH PREJUDICE

| | | |
|---|---|---|
| 6/10/2022 | 023 - ME: Order Entered By Court - Party (001) | 6/10/2022 |
| 6/10/2022 | NAP - Notice Of Appeal - Party (001) | 6/14/2022 |

**NOTE:** STATE'S NOTICE OF APPEAL

| | | |
|---|---|---|
| 6/2/2022 | DRE - Disposition Report - Party (001) | 6/6/2022 |
| 5/26/2022 | MFR - Motion For Reconsideration - Party (001) | 5/27/2022 |

**NOTE:** STATE'S MOTION TO RECONSIDER AND CLARIFY

| | | |
|---|---|---|
| 5/25/2022 | 042 - ME: Case Dismissed - Full - Party (001) | 5/25/2022 |
| 5/17/2022 | 064 - ME: Trial Continued/Reset - Party (001) | 5/17/2022 |
| 5/17/2022 | REL - Reply - Party (001) | 5/18/2022 |

**NOTE:** STATE'S REPLY TO DEFENDANT'S RESPONSE TO DISMISS WITH PREJUDICE

| | | |
|---|---|---|
| 5/15/2022 | RES - Response - Party (001) | 5/16/2022 |

**NOTE:** DEFENDANT'S RESPONSE TO STATE'S MOTION TO DISMISS & REQUEST FOR COURT TO ISSUE ORDER RETURNING JACKSON'S PROPERTY

| | | |
|---|---|---|
| 5/13/2022 | MTD - Motion To Dismiss - Party (001) | 5/16/2022 |

**NOTE:** STATES MOTION TO DISMISS

| | | |
|---|---|---|
| 5/11/2022 | 089 - ME: Trial Setting - Party (001) | 5/11/2022 |
| 5/10/2022 | SND - Supplemental Notice Of Disclosure - Party (001) | 5/11/2022 |

**NOTE:** STATE'S SUPPLEMENTAL NOTICE OF DISCLOSURE

| | | |
|---|---|---|
| 5/9/2022 | MOT - Motion - Party (001) | 5/10/2022 |

**NOTE:** Motion to Sever

| | | |
|---|---|---|
| 4/13/2022 | 029 - ME: Status Conference - Party (001) | 4/13/2022 |
| 4/12/2022 | ROO – Release Order Own Recognizance - Party (001) | 4/12/2022 |

**NOTE:** Release Order

| | | |
|---|---|---|
| 4/12/2022 | 029 - ME: Status Conference - Party (001) | 4/12/2022 |
| 4/12/2022 | 028 - ME: Status Conference Set - Party (001) | 4/12/2022 |
| 4/8/2022 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (001) | 4/12/2022 |

**NOTE:** 15.2 NOTICE OF DEFENSES, WITNESSES AND EVIDENCE & NOTICE OF REQUEST FOR REBUTTAL WITNESSES

| | | |
|---|---|---|
| 4/6/2022 | MIL - Motion In Limine - Party (001) | 4/11/2022 |

**NOTE:** Motions in Limine

| | | |
|---|---|---|
| 4/4/2022 | 023 - ME: Order Entered By Court - Party (001) | 4/4/2022 |
| 4/1/2022 | 081 - ME: Trial Vacated - Party (001) | 4/1/2022 |
| 3/29/2022 | 019 - ME: Ruling - Party (001) | 3/29/2022 |
| 3/28/2022 | MIL - Motion In Limine - Party (001) | 3/30/2022 |

**NOTE:** Motions In Limine

| | | |
|---|---|---|
| 3/28/2022 | RJI - Request for Jury Instructions - Party (001) | 3/30/2022 |

**NOTE:** REQUESTED JURY INSTRUCTION

| | | |
|---|---|---|
| 3/25/2022 | MOT - Motion - Party (001) | 3/29/2022 |

**NOTE:** MOTION TO MODIFY RELEASE CONDITIONS

| | | |
|---|---|---|
| 3/24/2022 | RES - Response - Party (001) | 3/29/2022 |

**NOTE:** DEFENDANT'S RESPONSE TO STATE'S "MOTION TO RECONSIDER"

| | | |
|---|---|---|
| 3/24/2022 | MFR - Motion For Reconsideration - Party (001) | 3/25/2022 |

NOTE: MOTION TO RECONSIDER RULING RE: STATE'S MOTION TO COMPEL DISCLOSURE

| Date | Description | Date |
|------|-------------|------|
| 3/17/2022 | 023 - ME: Order Entered By Court - Party (001) | 3/17/2022 |
| 3/16/2022 | REL - Reply - Party (001) | 3/21/2022 |

NOTE: DEFENDANT'S REPLY TO STATE'S MOTION REQUESTING THE COURT DESIGNATE DEFENSE COUNSEL AS A "NECESSARY WITNESS"AND DISQUALIFY DEFENSE COUNSEL

| | | |
|------|-------------|------|
| 3/11/2022 | RMR - Response to Defendant's Motion - Party (001) | 3/16/2022 |

NOTE: RESPONSE TO DEFENDANT'S MOTION TO COMPEL

| | | |
|------|-------------|------|
| 3/11/2022 | RES - Response - Party (001) | 3/15/2022 |

NOTE: DEFENDANT'S RESPONSE TO STATE'S MOTION TO COMPEL WORK PRODUCT

| | | |
|------|-------------|------|
| 3/11/2022 | SND - Supplemental Notice Of Disclosure - Party (001) | 3/15/2022 |

NOTE: STATE'S SUPPLEMENTAL NOTICE OF DISCLOSURE

| | | |
|------|-------------|------|
| 3/11/2022 | REL - Reply - Party (001) | 3/15/2022 |

NOTE: REPLY TO COMPEL DISCLOSURE PURSUANT TO RULE 15.2(c)

| | | |
|------|-------------|------|
| 3/11/2022 | MOT - Motion - Party (001) | 3/15/2022 |

NOTE: MOTIONS TO COMPEL DISCLOSURE

| | | |
|------|-------------|------|
| 3/11/2022 | MOT - Motion - Party (001) | 3/15/2022 |

NOTE: MOTION TO COMPEL DISCLOSURE PURSUANT TO RULE 15.2(c)

| | | |
|------|-------------|------|
| 3/10/2022 | MOT - Motion - Party (001) | 3/15/2022 |

NOTE: MOTION TO APPOINT DEFENSE WITNESS WESLEY TEMPLE COUNSEL

| | | |
|------|-------------|------|
| 3/3/2022 | 029 - ME: Status Conference - Party (001) | 3/3/2022 |
| 3/3/2022 | 028 - ME: Status Conference Set - Party (001) | 3/3/2022 |
| 3/2/2022 | 064 - ME: Trial Continued/Reset - Party (001) | 3/2/2022 |
| 1/27/2022 | 064 - ME: Trial Continued/Reset - Party (001) | 1/27/2022 |
| 1/19/2022 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (001) | 1/20/2022 |

NOTE: 15.2 NOTICE OF DEFENSES, WITNESSES AND EVIDENCE & NOTICE OF REQUEST FOR REBUTTAL WITNESSES

| | | |
|------|-------------|------|
| 1/13/2022 | 027 - ME: Pretrial Conference - Party (001) | 1/13/2022 |
| 12/8/2021 | 064 - ME: Trial Continued/Reset - Party (001) | 12/8/2021 |
| 11/18/2021 | DRE - Disposition Report - Party (002) | 11/24/2021 |
| 11/1/2021 | SOI - Sentencing Order - Incarceration - Party (002) | 11/1/2021 |

NOTE: SOI - Sentencing Order - Incarceration

| | | |
|------|-------------|------|
| 10/28/2021 | OIM – Order - Imprisonment (monetary orders) - Party (002) | 10/28/2021 |

NOTE: Monetary Orders

| | | |
|------|-------------|------|
| 10/28/2021 | NRR - Notice Of Rights - Party (002) | 10/28/2021 |

NOTE:

| | | |
|------|-------------|------|
| 10/28/2021 | PSR - Presentence Report - Party (002) | 10/28/2021 |

NOTE: Presentence Report

| | | |
|------|-------------|------|
| 10/28/2021 | OCP-Order of Confinement/Sentence of Imprisonment to ADOC - Party (002) | 10/28/2021 |

NOTE: Order of Confinement

| | | |
|------|-------------|------|
| 10/28/2021 | PAG - Plea Agreement - Party (002) | 10/28/2021 |

NOTE: Amended Plea Agreement

| | | |
|------|-------------|------|
| 10/25/2021 | 169 - ME: Sent/Dispo Reset - Party (002) | 10/25/2021 |
| 10/18/2021 | 598 - ME: Continuance Past last Day - Party (001) | 10/18/2021 |
| 10/13/2021 | 169 - ME: Sent/Dispo Reset - Party (002) | 10/13/2021 |
| 10/7/2021 | MCO - Motion To Continue - Party (001) | 10/11/2021 |

NOTE: Motion to Continue FTMC

| | | |
|------|-------------|------|
| 10/4/2021 | 169 - ME: Sent/Dispo Reset - Party (002) | 10/4/2021 |
| 9/8/2021 | 029 - ME: Status Conference - Party (001) | 9/8/2021 |
| 8/24/2021 | 331 - ME: Settlement Conference - Party (001) | 8/24/2021 |
| 8/24/2021 | 105 - ME: Plea Agreement/Change Of Plea - Party (002) | 8/24/2021 |
| 8/23/2021 | PAG - Plea Agreement - Party (002) | 8/23/2021 |

NOTE: PLEA AGREEMENT

| | | |
|------|-------------|------|
| 8/19/2021 | 598 - ME: Continuance Past last Day - Party (001) | 8/19/2021 |
| 8/19/2021 | 083 - ME: Conference Reset/Cont - Party (002) | 8/19/2021 |
| 8/3/2021 | DRE - Disposition Report - Party (003) | 8/9/2021 |
| 7/29/2021 | 023 - ME: Order Entered By Court - Party (003) | 7/29/2021 |
| 7/28/2021 | 105 - ME: Plea Agreement/Change Of Plea - Party (003) | 7/28/2021 |
| 7/28/2021 | SOI - Sentencing Order - Incarceration - Party (003) | 7/28/2021 |

NOTE: SOI - Sentencing Order - Incarceration

| | | |
|------|-------------|------|
| 7/27/2021 | SDD - Notice: Sealed Document - Party (003) | 7/30/2021 |

NOTE: DEFENDANT'S MOTION TO DISMISS OR REMAND

| | | |
|------|-------------|------|
| 7/27/2021 | ORD - Order - Party (003) | 8/4/2021 |

NOTE: TO SEAL DEFENDANTS MOTION TO DISMISS OR REMAND

| | | |
|---|---|---|
| 7/27/2021 | OIM – Order - Imprisonment (monetary orders) - Party (003) | 7/27/2021 |

NOTE: Monetary Orders

| | | |
|---|---|---|
| 7/27/2021 | OCJ-Order of Confinement/Sentence to Maricopa County Jail - Party (003) | 7/27/2021 |

NOTE: Order of Confinement Jail

| | | |
|---|---|---|
| 7/27/2021 | NRR - Notice Of Rights - Party (003) | 7/27/2021 |

NOTE:

| | | |
|---|---|---|
| 7/27/2021 | PAG - Plea Agreement - Party (003) | 7/27/2021 |

NOTE: PLEA AGREEMENT MISDEMEANOR

| | | |
|---|---|---|
| 7/15/2021 | 056 - ME: Hearing Set - Party (003) | 7/15/2021 |
| 7/9/2021 | ACO - Allegation of Historical Priors - Party (003) | 7/9/2021 |

NOTE: STATE'S ALLEGATION OF HISTORICAL PRIORS

| | | |
|---|---|---|
| 7/9/2021 | DAR - Notice of Disclosure and Request for Disclosure - Party (003) | 7/12/2021 |

NOTE: STATE'S NOTICE OF DISCLOSURE AND REQUEST FOR DISCLOSURE

| | | |
|---|---|---|
| 7/6/2021 | DAR - Notice of Disclosure and Request for Disclosure - Party (001) | 7/7/2021 |

NOTE: STATE'S NOTICE OF DISCLOSURE AND REQUEST FOR DISCLOSURE

| | | |
|---|---|---|
| 7/6/2021 | ALG - Allegation - Party (001) | 7/7/2021 |

NOTE: STATE'S ALLEGATION OF AGGRAVATING CIRCUMSTANCES

| | | |
|---|---|---|
| 6/28/2021 | MTD - Motion To Dismiss - Party (003) | 6/29/2021 |

NOTE: DEFENDANT'S MOTION TO DISMISS

| | | |
|---|---|---|
| 6/23/2021 | 027 - ME: Pretrial Conference - Party (003) | 6/23/2021 |
| 6/9/2021 | 023 - ME: Order Entered By Court - Party (003) | 6/9/2021 |
| 6/7/2021 | 598 - ME: Continuance Past last Day - Party (002) | 6/7/2021 |
| 6/7/2021 | 598 - ME: Continuance Past last Day - Party (001) | 6/7/2021 |
| 6/4/2021 | RES - Response - Party (003) | 6/7/2021 |

NOTE: STATE'S RESPONSE TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE

| | | |
|---|---|---|
| 5/28/2021 | 194 : Me: Initial Pretrial Conference - Party (003) | 5/28/2021 |
| 5/27/2021 | MOT - Motion - Party (003) | 5/28/2021 |

NOTE: MOTION TO MODIFY RELEASE CONDITIONS

| | | |
|---|---|---|
| 5/26/2021 | 023 - ME: Order Entered By Court - Party (001) | 5/26/2021 |
| 5/26/2021 | STA - Statement - Party (003) | 5/26/2021 |

NOTE: INITIAL PRETRIAL CONFERENCE STATEMENT

| | | |
|---|---|---|
| 5/26/2021 | NSC - Notice of Substitution of Counsel - Party (003) | 5/27/2021 |

NOTE: NOTICE OF SUBSTITUTION OF COUNSEL WITHIN PUBLIC DEFENDER'S OFFICE

| | | |
|---|---|---|
| 5/24/2021 | MTD - Motion To Dismiss - Party (001) | 5/24/2021 |

NOTE: MOTION TO DISMISS, OR IN THE ALTERNATIVE, REMAND TO THE GRAND JURY

| | | |
|---|---|---|
| 4/30/2021 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (003) | 5/4/2021 |
| 4/29/2021 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (003) | 5/4/2021 |
| 4/29/2021 | 016 - ME: Ext/Time/Filing Granted - Party (003) | 4/29/2021 |
| 4/29/2021 | 023 - ME: Order Entered By Court - Party (003) | 4/29/2021 |
| 4/29/2021 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (003) | 5/4/2021 |

NOTE:

| | | |
|---|---|---|
| 4/29/2021 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (003) | 5/4/2021 |
| 4/28/2021 | 023 - ME: Order Entered By Court - Party (003) | 4/28/2021 |
| 4/27/2021 | RGJ - Request for Extension of Time to Challenge Grand Jury Proceedings - Party (003) | 4/28/2021 |

NOTE: REQUEST FOR EXTENSION OF TIME TO CHALLENGE THE GRAND JURY PROCEEDINGS

| | | |
|---|---|---|
| 4/26/2021 | REQ - Request - Party (003) | 4/27/2021 |

NOTE: DEFENDANT'S RULE 15.1 REQUEST FOR DISCLOSURE

| | | |
|---|---|---|
| 4/26/2021 | NAR - Notice Of Appearance - Party (003) | 4/27/2021 |

NOTE: NOTICE OF APPEARANCE

| | | |
|---|---|---|
| 4/26/2021 | MFD - Motion For Discovery - Party (003) | 4/27/2021 |

NOTE: DEFENDANTS RULE 15.1 MOTION FOR SPECIFIC DISCOVERY

| | | |
|---|---|---|
| 4/26/2021 | MOT - Motion - Party (003) | 4/27/2021 |

NOTE: MOTION AND ORDER FOR EXPEDITIOUS DISCLOSURE OF 911 TAPES, BODY WORN CAMERA FOOTAGE AND/OR RADIO BROADCASTS

| | | |
|---|---|---|
| 4/26/2021 | MFD - Motion For Discovery - Party (003) | 4/27/2021 |

NOTE: DEFENDANTS RULE 15.1 MOTION FOR SPECIFIC DISCLOSURE

| | | |
|---|---|---|
| 4/26/2021 | NOT - Notice - Party (003) | 4/27/2021 |

NOTE: DEFENDANTS RULE 15.2 NOTICE OF DEFENSES AND DISCLOSURE

| | | |
|---|---|---|
| 4/26/2021 | NOT - Notice - Party (003) | 4/27/2021 |

NOTE: INVOCATION OF FIFTH AND SIXTH AMENDMENT RIGHTS

| | | | |
|---|---|---|---|
| 4/23/2021 | 027 - ME: Pretrial Conference - Party (002) | 4/23/2021 | |
| 4/23/2021 | 027 - ME: Pretrial Conference - Party (001) | 4/23/2021 | |
| 4/21/2021 | STA - Statement - Party (002) | 4/22/2021 | |
| **NOTE:** COMPREHENSIVE PRETRIAL CONFERENCE STATEMENT | | | |
| 4/21/2021 | STA - Statement - Party (001) | 4/22/2021 | |
| **NOTE:** COMPREHENSIVE PRETRIAL CONFERENCE STATEMENT | | | |
| 4/15/2021 | 152 - ME: Not Guilty Plea Arraign - Party (003) | 4/15/2021 | |
| 4/13/2021 | 173 - ME: Arraignment Reset - Party (003) | 4/13/2021 | |
| 4/6/2021 | WRS-Warrant Served - Party (003) | 4/8/2021 | |
| **NOTE:** 03/30/21 | | | |
| 3/31/2021 | IAD - Initial Appearance Document - Party (003) | 3/31/2021 | |
| **NOTE:** IA Packet | | | |
| 3/31/2021 | ROC– Release Order/Order Regarding Counsel - Party (003) | 3/31/2021 | |
| **NOTE:** IA Release Order | | | |
| 3/25/2021 | MOT - Motion - Party (001) | 3/26/2021 | |
| **NOTE:** MOTION TO RESET CPTC | | | |
| 3/23/2021 | STA - Statement - Party (001) | 3/23/2021 | |
| **NOTE:** INITIAL PRETRIAL CONFERENCE STATEMENT | | | |
| 3/22/2021 | 016 - ME: Ext/Time/Filing Granted - Party (001) | 3/22/2021 | |
| 3/22/2021 | 194 : Me: Initial Pretrial Conference - Party (001) | 3/22/2021 | |
| 3/12/2021 | MET - Motion for Extension Of Time - Party (001) | 3/15/2021 | |
| **NOTE:** MOTION FOR EXTENSION OF TIME LIMITS | | | |
| 3/10/2021 | RNM - Returned Mail - Party (003) | 3/10/2021 | |
| **NOTE:** | | | |
| 3/9/2021 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 3/11/2021 | |
| 3/5/2021 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (001) | 3/11/2021 | |
| 3/5/2021 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (001) | 3/11/2021 | |
| 3/5/2021 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 3/11/2021 | |
| 3/3/2021 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 3/8/2021 | |
| 2/25/2021 | 194 : Me: Initial Pretrial Conference - Party (002) | 2/25/2021 | |
| 2/25/2021 | NOT - Notice - Party (002) | 2/26/2021 | |
| **NOTE:** NOTICE OF DEFENSES, WITNESSES and EXHIBITS, and REQUEST FOR DISCOVERY | | | |
| 2/25/2021 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (001) | 3/1/2021 | |
| **NOTE:** TRANSCRIPT OF GRAND JURY PROCEEDINGS | | | |
| 2/25/2021 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 3/1/2021 | |
| 2/25/2021 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (001) | 3/1/2021 | |
| 2/23/2021 | ALG - Allegation - Party (002) | 2/23/2021 | |
| **NOTE:** STATE'S ALLEGATION OF PRIOR FELONY CONVICTION PURSUANT TO A.R.S. § 13- 703 or A.R.S. § 13-704 | | | |
| 2/23/2021 | DAR - Notice of Disclosure and Request for Disclosure - Party (002) | 2/23/2021 | |
| **NOTE:** STATE'S NOTICE OF DISCLOSURE AND REQUEST FOR DISCLOSURE | | | |
| 2/23/2021 | ALG - Allegation - Party (002) | 2/24/2021 | |
| **NOTE:** STATE'S ALLEGATION OF AGGRAVATING CIRCUMSTANCES | | | |
| 2/22/2021 | GJT – Grand Jury Transcript - Party (001) | 2/24/2021 | |
| 2/22/2021 | GJT – Grand Jury Transcript - Party (003) | 2/24/2021 | |
| 2/8/2021 | 152 - ME: Not Guilty Plea Arraign - Party (001) | 2/8/2021 | |
| 2/8/2021 | 002 - ME: Hearing Vacated - Party (003) | 2/8/2021 | |
| 2/4/2021 | ROO – Release Order Own Recognizance - Party (001) | 2/4/2021 | |
| **NOTE:** Release Order | | | |
| 1/28/2021 | 025 - ME: Case Status Minute Entry - Party (001) | 1/28/2021 | |
| 1/28/2021 | NOI - Notice of Intent - Party (001) | 1/29/2021 | |
| **NOTE:** STATE'S NOTICE OF INTENT TO VACATE PRELIMINARY HEARING | | | |
| 1/28/2021 | NOI - Notice Of Intent - Party (003) | 1/29/2021 | |
| **NOTE:** STATE'S NOTICE OF INTENT TO VACATE PRELIMINARY HEARING | | | |
| 1/28/2021 | CID - Court Information Sheet - Party (001) | 2/16/2021 | Plaintiff (1) |
| 1/28/2021 | IND - Indictment - Party (001) | 2/16/2021 | Plaintiff (1) |
| 1/28/2021 | 606 - ME: GJ Not/Supervening Indictment - Party (001) | 2/16/2021 | |
| 1/28/2021 | NSI - Notice of Supervening Indictment - Party (001) | 2/16/2021 | Plaintiff (1) |
| 1/28/2021 | CID - Court Information Sheet - Party (003) | 2/16/2021 | Plaintiff (1) |
| 1/28/2021 | IND - Indictment - Party (003) | 2/16/2021 | Plaintiff (1) |
| 1/28/2021 | 606 - ME: GJ Not/Supervening Indictment - Party (003) | 2/16/2021 | |
| 1/28/2021 | NSI - Notice of Supervening Indictment - Party (003) | 2/16/2021 | Plaintiff (1) |

| 1/27/2021 | 133 - ME: Bw Issued Hrg/Trl Vacate - Party (003) | 1/27/2021 |
| 1/25/2021 | NPH - Notice of Affirmation of Preliminary Hearing - Party (001) | 1/26/2021 |

NOTE: Defendant's

| 1/21/2021 | IWA – Issuance of Warrant - Party (003) | 1/21/2021 |

NOTE: Issued 2021-01-21

| 1/19/2021 | RES - Response - Party (003) | 1/20/2021 |

NOTE: STATE'S REQUEST TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE

| 1/13/2021 | 152 - ME: Not Guilty Plea Arraign - Party (002) | 1/13/2021 |
| 1/12/2021 | DCO - Direct Complaint - Party (003) | 1/12/2021 |
| 1/12/2021 | CID - Court Information Sheet - Party (003) | 1/12/2021 |
| 1/12/2021 | RQU - Release Questionnaire - Party (003) | 1/12/2021 |

NOTE: FORM IV

| 1/11/2021 | WPH - Waiver Of Preliminary Hearing - Party (002) | 1/13/2021 |
| 1/11/2021 | INF - Information - Party (002) | 1/12/2021 |

NOTE: INFORMATION

| 1/8/2021 | 022 - ME: Order Signed - Party (002) | 1/8/2021 |
| 1/7/2021 | ORD - Order - Party (002) | 1/8/2021 |

NOTE: SETTING A JAIL TABLE HEARING

| 1/4/2021 | OTC – Order to Continue - Party (002) | 1/5/2021 |
| 12/29/2020 | 584 - ME: Preliminary Hearing Continued - Party (001) | 12/29/2020 |
| 12/29/2020 | NAR - Notice Of Appearance - Party (001) | 12/29/2020 |

NOTE: NOTICE OF APPEARANCE

| 12/22/2020 | 002 - ME: Hearing Vacated - Party (001) | 12/22/2020 |
| 12/14/2020 | 176 - ME: Continuance - Party (002) | 12/14/2020 |
| 12/11/2020 | 002 - ME: Hearing Vacated - Party (002) | 12/11/2020 |
| 12/10/2020 | NOT - Notice - Party (002) | 12/10/2020 |

NOTE: AMENDED DIRECT COMPLAINT

| 12/10/2020 | CID - Court Information Sheet - Party (002) | 12/10/2020 |

NOTE: AMENDED

| 12/10/2020 | NOT - Notice - Party (001) | 12/10/2020 |

NOTE: AMENDED DIRECT COMPLAINT

| 12/10/2020 | CID - Court Information Sheet - Party (001) | 12/10/2020 |

NOTE: AMENDED

| 12/8/2020 | DCO - Direct Complaint - Party (002) | 12/8/2020 |
| 12/8/2020 | DCO - Direct Complaint - Party (001) | 12/8/2020 |
| 12/8/2020 | CID - Court Information Sheet - Party (001) | 12/8/2020 |
| 12/8/2020 | RQU - Release Questionnaire - Party (001) | 12/8/2020 |

NOTE: FORM IV

| 12/8/2020 | CID - Court Information Sheet - Party (002) | 12/8/2020 |
| 12/8/2020 | RQU - Release Questionnaire - Party (002) | 12/8/2020 |

NOTE: FORM IV

| 12/8/2020 | ROC– Release Order/Order Regarding Counsel - Party (002) | 12/8/2020 |

NOTE: IA Release Order

| 12/8/2020 | IAD - Initial Appearance Document - Party (002) | 12/8/2020 |

NOTE: IA Packet

| 12/8/2020 | ROC– Release Order/Order Regarding Counsel - Party (001) | 12/8/2020 |

NOTE: IA Release Order

| 12/8/2020 | IAD - Initial Appearance Document - Party (001) | 12/8/2020 |

NOTE: IA Packet

## Case Calendar

| Date | Time | Event |
|---|---|---|
| 12/5/2020 | 8:00 | Initial Appearance |
| 12/5/2020 | 8:00 | Initial Appearance |
| 12/10/2020 | 10:30 | Status Conference |
| 12/11/2020 | 13:30 | Evidentiary Hearing |
| 12/14/2020 | 10:30 | Preliminary Hearing |
| 12/21/2020 | 13:30 | Status Conference |
| 12/24/2020 | 13:30 | Preliminary Hearing |
| 1/4/2021 | 10:30 | Status Conference |
| 1/7/2021 | 10:30 | Preliminary Hearing |

| Date | Time | Event |
|---|---|---|
| 1/11/2021 | 10:30 | Status Conference |
| 1/11/2021 | 10:30 | Original Arraignment Hearing |
| 1/11/2021 | 10:30 | Status Conference |
| 1/11/2021 | 10:31 | Original Arraignment Hearing |
| 1/11/2021 | 10:31 | Original Arraignment Hearing |
| 1/21/2021 | 13:30 | Status Conference |
| 1/21/2021 | 13:30 | Status Conference |
| 1/25/2021 | 13:30 | Status Conference |
| 1/26/2021 | 13:30 | Preliminary Hearing |
| 1/26/2021 | 13:30 | Preliminary Hearing |
| 1/28/2021 | 13:30 | Preliminary Hearing |
| 1/28/2021 | 13:30 | Preliminary Hearing |
| 2/4/2021 | 9:00 | Original Arraignment Hearing |
| 2/4/2021 | 9:00 | Original Arraignment Hearing |
| 2/4/2021 | 10:30 | Status Conference |
| 2/8/2021 | 10:30 | Preliminary Hearing |
| 2/22/2021 | 8:15 | Initial Pretrial Conference |
| 3/19/2021 | 8:15 | Initial Pretrial Conference |
| 3/19/2021 | 8:15 | Initial Pretrial Conference |
| 3/24/2021 | 8:31 | Comprehensive PreTrial Conference |
| 3/31/2021 | 8:00 | Initial Appearance |
| 4/6/2021 | 10:30 | Status Conference |
| 4/7/2021 | 8:30 | Original Arraignment Hearing |
| 4/8/2021 | 10:30 | Preliminary Hearing |
| 4/14/2021 | 8:30 | Arraignment Hearing |
| 4/14/2021 | 8:30 | Arraignment Hearing |
| 4/22/2021 | 8:31 | Comprehensive PreTrial Conference |
| 4/22/2021 | 8:31 | Comprehensive PreTrial Conference |
| 4/22/2021 | 8:31 | Comprehensive PreTrial Conference |
| 5/11/2021 | 8:30 | Pre-Trial Conference |
| 5/25/2021 | 8:15 | Initial Pretrial Conference |
| 5/25/2021 | 11:00 | Trial |
| 5/27/2021 | 8:15 | Initial Pretrial Conference |
| 6/17/2021 | 8:30 | Pre-Trial Conference |
| 6/17/2021 | 8:30 | Pre-Trial Conference |
| 6/17/2021 | 8:30 | Pre-Trial Conference |
| 6/21/2021 | 8:31 | Comprehensive PreTrial Conference |
| 6/22/2021 | 8:31 | Comprehensive PreTrial Conference |
| 7/1/2021 | 11:00 | Trial |
| 7/1/2021 | 11:00 | Trial |
| 7/1/2021 | 11:00 | Trial |
| 7/20/2021 | 8:30 | Pre-Trial Conference |
| 7/27/2021 | 8:30 | Sentencing |
| 7/27/2021 | 8:30 | Sentencing |
| 7/27/2021 | 8:30 | Sentencing |
| 7/27/2021 | 8:30 | Pre-Trial Conference |
| 8/3/2021 | 9:00 | Trial |
| 8/10/2021 | 9:00 | Trial |
| 8/18/2021 | 8:30 | Pre-Trial Conference |
| 8/18/2021 | 9:30 | Pre-Trial Conference |
| 8/20/2021 | 10:00 | Settlement Conference |
| 8/23/2021 | 9:30 | Pre-Trial Conference |
| 8/23/2021 | 9:30 | Pre-Trial Conference |
| 9/1/2021 | 9:30 | Status Conference |
| 9/2/2021 | 9:00 | Trial |
| 9/2/2021 | 9:00 | Trial |
| 9/30/2021 | 9:00 | Acceptance Of Plea/Snt |
| 10/12/2021 | 9:00 | Acceptance Of Plea/Snt |
| 10/14/2021 | 8:40 | Pre-Trial Conference |
| 10/28/2021 | 8:30 | Acceptance Of Plea/Snt |
| 10/28/2021 | 8:30 | Acceptance Of Plea/Snt |

| 10/28/2021 | 9:00  | Trial                   |
|------------|-------|-------------------------|
| 10/28/2021 | 10:00 | Acceptance Of Plea/Snt  |
| 12/7/2021  | 8:50  | Pre-Trial Conference    |
| 1/4/2022   | 9:00  | Trial                   |
| 1/11/2022  | 9:10  | Pre-Trial Conference    |
| 1/25/2022  | 10:00 | Pre-Trial Conference    |
| 1/25/2022  | 10:00 | Status Conference       |
| 2/1/2022   | 9:00  | Trial                   |
| 2/28/2022  | 8:40  | Pre-Trial Conference    |
| 3/2/2022   | 10:00 | Status Conference       |
| 3/17/2022  | 9:00  | Trial                   |
| 3/30/2022  | 9:00  | Pre-Trial Conference    |
| 4/8/2022   | 8:30  | Status Conference       |
| 4/12/2022  | 9:00  | Status Conference       |
| 4/12/2022  | 9:00  | Trial                   |
| 4/12/2022  | 9:30  | Status Conference       |
| 5/10/2022  | 9:00  | Status Conference       |
| 6/30/2022  | 11:00 | Status Conference       |
| 7/25/2022  | 9:00  | Pre-Trial Conference    |
| 8/16/2022  | 9:00  | Trial                   |
| 8/30/2022  | 9:00  | Trial                   |

# Exhibit 2
# Direct Complaint
# CR2020-145527

Clerk of the Superior Court
FILED
L. Robles, Deputy
12/08/2020 2:24 PM

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

Neha Bhatia
Deputy County Attorney
Bar ID #: 025366
SP2-White Collar Cyber Crime
225 W Madison St, 6th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
whtcybr@mcao.maricopa.gov
MCAO Firm #: 00032000
Attorney for Plaintiff

DR 202000001973661 - Phoenix Police Department
Downtown Justice Court

0131864032
0131864016

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
COUNTY OF MARICOPA, RCC-DOWNTOWN

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRANDON GLEN JACKSON, ╳<br>WESLEY WARREN TEMPLE<br>aka Wesley Temple,<br><br>    Defendants. | CR2020-145527-001 ╳<br>CR2020-145527-002<br><br>DIRECT COMPLAINT<br><br>**COUNT 1:** CONSPIRACY TO COMMIT<br>MISCONDUCT INVOLVING WEAPONS, A<br>CLASS 4 FELONY (Wesley Warren<br>Temple and Brandon Glen Jackson)<br>**COUNT 2:** MISCONDUCT INVOLVING<br>WEAPONS, A CLASS 4 FELONY (Wesley<br>Warren Temple)<br>**COUNT 3:** RESISTING ARREST, A CLASS 1<br>MISDEMEANOR (Brandon Glen Jackson)<br>**COUNT 4:** HINDERING PROSECUTION IN<br>THE FIRST DEGREE, A CLASS 5 FELONY<br>(Brandon Glen Jackson) |

**DCO**

**COUNT 5:** MISCONDUCT INVOLVING WEAPONS, A CLASS 4 FELONY (Wesley Warren Temple and Brandon Glen Jackson)

**IN CUSTODY**

The complainant herein personally appears and, being duly sworn, complains on information and belief against BRANDON GLEN JACKSON, WESLEY WARREN TEMPLE, charging that in Maricopa County, Arizona:

**COUNT 1**:

WESLEY WARREN TEMPLE AND BRANDON GLEN JACKSON, on or about December 4, 2020, with the intent to promote or aid the commission of an offense, to-wit: Misconduct Involving Weapons, agreed with one another that at least one of them or another would engage in conduct constituting the offense of Misconduct Involving Weapons, and WESLEY WARREN TEMPLE AND BRANDON GLEN JACKSON, committed the following overt act(s):  Refer to acts alleged in Counts 2-5 , in violation of A.R.S. §§ 13-1003, 13-501, 13-3101, 13-3102, 13-3105, 13-701, 13-702, and 13-801

**COUNT 2**:

WESLEY WARREN TEMPLE, on or about December 4, 2020, knowingly did possess a Gun, a deadly weapon, while being a prohibited possessor, in violation of A.R.S. §§ 13-3101, 13-3102, 13-3105, 13-701, 13-702, and 13-801.

**COUNT 3**:

2

BRANDON GLEN JACKSON, on or about December 4, 2020, intentionally prevented or attempted to prevent Ofc. Denney, a person reasonably known to him to be a peace officer, acting under color of his official authority, from effecting an arrest by engaging in passive resistance, in violation of A.R.S. §§ 13-2508, 13-707, and 13-802.

**COUNT 4**:

BRANDON GLEN JACKSON, on or about December 4, 2020, with intent to hinder the apprehension, prosecution, conviction, or punishment of Wesley Warren Temple for Misconduct Involving Weapons, a felony, did render assistance to Wesley Warren Temple by knowingly providing Wesley Warren Temple with money, transportation, weapon, disguise, or other means of avoiding discovery, apprehension, prosecution, or conviction, in violation of A.R.S. §§ 13-2510, 13-2512, 13-701, 13-702, and 13-801.

**COUNT 5**:

WESLEY WARREN TEMPLE AND BRANDON GLEN JACKSON, on or about December 4, 2020, knowingly did manufacture, possess, transport, sell, or transfer a Rifle with 10 inch Barrel, a prohibited weapon, in violation of A.R.S. §§ 13-3101, 13-3102, 13-3105, 13-701, 13-702, and 13-801.

/s/ Neha Bhatia
Deputy County Attorney

**IN CUSTODY**

Stephanie D Bacosa                          Agency: Phoenix Police Department
Complainant

3

I, Stephanie D Bacosa, hereby swear under penalty of perjury that the information contained within the complaint being filed with this oath is true and correct to the best of my knowledge.

Subscribed and sworn upon information and belief this 8th day of December, 2020.
ck

Exhibit 3
Minute Entry dated 7/18/22
CR2020-145527

Clerk of the Superior Court
*** Electronically Filed ***
07/19/2022 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2020-145527-001 DT                                      07/18/2022

                                                CLERK OF THE COURT
HONORABLE KEVIN B. WEIN                               A. Rowe
                                                      Deputy


STATE OF ARIZONA                        NEHA BHATIA

v.

BRANDON GLEN JACKSON (001)               MICHELLE L BELL

                                         JUDGE WEIN



MINUTE ENTRY


        The Court has received and reviewed the State's Motion for Reconsideration Dismissing the Prosecution with Prejudice and Defendant's response. For the reasons discussed below, the motion is GRANTED.

        Both parties and, in particular the Defendant, continue to sling mud at one another over the propriety of the prosecution. But the Court does not find prosecutorial misconduct here nor does the Court need to do so. Similarly, the Court holds that the motion to dismiss was not done for an improper purpose such as to harass the defendant or gain a tactical advantage. In the absence of these factors, the conclusion of whether to dismiss a prosecution with or without prejudice is reasonably simple. It is undisputed that in situations such as this one, there is a preference to dismiss without prejudice. To dismiss a case with prejudice, the Court must conclude that doing so is in the interests of justice. More specifically, this conclusion "must be based on a particularized finding that to do [dismiss without prejudice] would result in some articulable harm to the defendant." *State v. Wills*, 177 Ariz. 592, 594 (App. 1993). Such harm must be of a type "that would actually impair the accused's ability to defend against the charges." *In re Arnulfo G.*, 205 Ariz. 389, 392 (App. 2003). The Court does not make such a particularized finding.

        Defendant articulates a generalized concern that a further prosecution would subject him to "the additional expense, prejudice and anxiety of a second prosecution" *See* Defendant's Response to the Motion for Reconsideration at 13. Such generalized concerns are insufficient to

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2020-145527-001 DT                                   07/18/2022

warrant a dismissal with prejudice. *See e.g. State v. Huffman*, 222 Ariz. 416, 419 (App. 2009). Defendant also explains that the prosecution has left him indigent and unable to afford further representation by current defense counsel. The Court holds that this is also insufficient evidence to demonstrate that Defendant's ability to defend against the charges would be impaired. Because the Court concludes that Defendant has failed to establish articulable harm that would arise from a dismissal without prejudice, the Court holds that the indictment should be dismissed without prejudice in its entirety.

For all these reasons, the State's motion to reconsider is GRANTED.

Exhibit 4
Direct Complaint
CR2022-006716-001

CLERK OF THE SUPERIOR COURT
FILED
R. Miranda DEP
2022 AUG 30 PM 1:05

RACHEL H. MITCHELL
MARICOPA COUNTY ATTORNEY

Neha Bhatia
Deputy County Attorney
Bar ID #: 025366
SP2-White Collar Cyber Crime
225 W Madison St, 6th Floor
Phoenix, AZ 85003
Telephone: (602) 506-8484
whtcybr@mcao.maricopa.gov
MCAO Firm #: 00032000
Attorney for Plaintiff

DR 2022011 - Maricopa County Attorney's Office
Downtown Justice Court

0131939912

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
COUNTY OF MARICOPA, EDC-DOWNTOWN

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON GLEN JACKSON,<br><br>Defendants. | CR2022-006716-001<br><br>DIRECT COMPLAINT<br><br>**COUNT 1:** CONSPIRACY TO COMMIT HINDERING PROSECUTION IN THE FIRST DEGREE, A CLASS 5 FELONY (Brandon Glen Jackson)<br>**COUNT 2:** RESISTING ARREST, A CLASS 1 MISDEMEANOR (Brandon Glen Jackson) |

**DCO**

The complainant herein personally appears and, being duly sworn, complains on information and belief against BRANDON GLEN JACKSON, charging that in Maricopa County, Arizona:

**COUNT 1**:

BRANDON GLEN JACKSON, on or about December 4, 2020 to August 30, 2021, with the intent to promote or aid the commission of an offense, to-wit: Hindering Prosecution in the First Degree, agreed with Wesley Temple that at least one of them or another would engage in conduct constituting the offense of Hindering Prosecution in the First Degree, and Brandon Jackson, committed the following overt act: provided a false statement to law enforcement, in violation of A.R.S. §§ 13-1003, 13-501, 13-2510, 13-2512, 13-701, 13-702, and 13-801

**COUNT 2**:

BRANDON GLEN JACKSON, on or about December 4, 2020, intentionally prevented or attempted to prevent individuals reasonably known to him to be a peace officers, acting under color of his/their official authority, from effecting an arrest by engaging in passive resistance, in violation of A.R.S. §§ 13-2508, 13-707, and 13-802.

/s/ Neha Bhatia
Deputy County Attorney

It is requested that a **SUMMONS** be issued. **IT IS** requested that the Defendant appear for fingerprints and photograph.

Joe Plummer _____   Agency: Maricopa County Attorney's Office

2

_____
Complainant

I, Joe Plummer, hereby swear under penalty of perjury that the information contained within the complaint being filed with this oath is true and correct to the best of my knowledge.



Subscribed and sworn upon information and belief this 25th day of August, 2022.
ck

Exhibit 5
Release Order
CR2022-006716-001

# SUPERIOR COURT OF ARIZONA FOR
## Maricopa County
## Final Release Order and Order Regarding Counsel

Clerk of the Superior Court
*** Electronically Filed ***
COC Auto-Accept
2/21/2023 11:40:00 PM
Filing ID 15573592

| | | |
|---|---|---|
| State of Arizona | 1 Cnt HINDERING PROSE  F5      1 Cnt RESIST ARREST -  M1 | CaseNumber: **CR2022006716001** |
| **vs.** | | Booking#: **T829031** |
| **Brandon Glen Jackson** | | |

It is hereby ordered that **Brandon Glen Jackson shall be released**  as indicated and must comply with ALL release conditions.

## NEXT HEARINGS

**Status Conference**     March 08, 2023 at 08:31 AM at South Court Tower, 175 W. Madison Street, 2nd Floor, Phoenix, AZ, 85003-2243 Courtroom:  2C  **Docket: EDCT1**

**Preliminary Hearing**    March 10, 2023 at 08:31 AM at South Court Tower, 175 W. Madison Street, 2nd Floor, Phoenix, AZ, 85003-2243 Courtroom:  2C  **Docket: EDCT1**

**WARNING: If the defendant appears at the next hearing without a lawyer, the hearing may still proceed as scheduled.**

## RELEASE TYPE

**Bailable As a Matter of Right**

The defendant has been found to be bailable as a matter of right. IT IS HEREBY ORDERED that the defendant must comply with all release conditions and shall be released from custody in this Cause Number as follows:

**Supervised Release**

The defendant is released on their own recognizance, subject to the supervision restrictions and conditions of the Maricopa County Adult Probation Department.

**Pretrial Supervision**

The defendant shall contact the Pretrial Services Division at 602-506-8500 during regular business hours (8am to 5pm, excluding weekends and holidays) or report in person at the location, whichever is the most convenient for the defendant, unless otherwise directed in writing by Pretrial Services Division staff.

Direct complaint. PSAC:PTS
     PSA Supervision

Pretrial Services Division
South Court Tower (SCT)
175 W. Madison Street, Suite 3306
Phoenix, AZ 85003
602.506.6499

## RELEASE CONDITIONS

1. You are not to return to the scene of the alleged crime.

2. You are not to initiate contact with the arresting officers.

3. You are not to have any contact with any co-defendant.

4. You are not to possess any weapons.

5. You are not to possess any drugs without a valid prescription.

6. You are not to possess or consume any alcohol.

7. You are not to drive a motor vehicle without a valid driver's license.

8. You must continue to provide the court with proof of your local address.



# SUPERIOR COURT OF ARIZONA FOR

## Maricopa County

### Final Release Order and Order Regarding Counsel

Case#: **CR2022006716001**

Booking#: **T829031**

---

9.  You are currently on probation. You must contact your probation officer within 72 hours of your release from custody. If you are on Maricopa County probation and do not have your probation officer's name or telephone number, please call 602.506.3581 and select option #1 to speak with a representative who will assist you in contacting your assigned probation officer.

You must appear at all court proceedings in this case or your release conditions can be revoked, a warrant will be issued and proceedings may go forward in your absence. You must maintain contact with your attorney. If convicted, you will be required to appear for Sentencing. If you fail to appear, you may lose your right to a direct appeal. In addition, failure to appear at a future court proceeding may result in a waiver of any claim that you were not informed of a plea offer made in your case by the State. **a.**You will appear to answer and submit to all further orders and processes of the court having jurisdiction of the case. **b.**You will refrain from committing any criminal offenses. **c.**You will diligently prosecute any appeal. **d.**You will not leave the state without permission of the court. If you violate any conditions of this release order, the court may order the bond and any security deposited in connection therewith forfeited to the State of Arizona. In addition, the court may issue a warrant for your arrest upon learning of your violation of any conditions of your release. After a hearing, if the court finds that you have not complied with the conditions of release, it may modify the conditions or revoke your release altogether.

If you are released on a felony charge, and the court finds the proof evident or the presumption great that you committed a felony during the period of release, the court must revoke your release. You may also be subject to an additional criminal charge, and upon conviction you could be punished by imprisonment in addition to the punishment which would otherwise be imposable for the crime committed during the period of release. Upon finding that you violated conditions of release, the court may also find you in contempt of court and sentence you to a term of imprisonment, a fine, or both.

---

## ATTORNEY APPOINTMENT

The Court finds you to be indigent and orders an attorney to provide you representation.

Prior to your scheduled court hearing, you must contact the Office of the Maricopa County Public Defender at **620 W. Jackson Street, Suite 4015, Phoenix, AZ 85003. 602-506-7711**

---

## ACKNOWLEDGEMENT BY DEFENDANT

I have received a copy of this form. I understand the standard conditions, all other conditions, and the consequences of violating this release order. I agree to comply fully with each of the conditions imposed on my release and to notify the court promptly in the event I change my place of residence.

Date 2/21/2023 11:00:00 PM

Address: 6208 SOUTH 44TH AVENUE

City, State, Zip: PHOENIX, AZ, 85339

_____

**Lacey Fisher**
Judge / Commissioner

Signature: Other-REMOTE COURT HEARING

_____

**Brandon Glen Jackson**
Defendant