United States District Court

BRANDON JACKSON
Plaintiff

vs.

FEDERAL BUREAU OF INVESTIGATIONS; ET AL.
Defendant(s).

NO. 2:22-cv-01898-JJT-ESW

Certificate of Service

```
  ✓ FILED          ___ LODGED
  ___ RECEIVED     ___ COPY

       MAR 0 3 2023

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
   BY_____DEPUTY
```

I, Zachary Mueller, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**To be served upon:** Jason L Saitta

**Recipient Name:** Jen Baniszewski, detective

**Address:** Company: 21711 N 7th St, Phoenix, AZ 85024

**Manner of Service:** Authorized, Feb 21, 2023, 11:47 am MST

**Documents:** Summons in a Civil Action and Complaint for Violation of Civil Rights

**Additional Comments:**
1) Successful Attempt: Feb 21, 2023, 11:47 am MST at Company: 21711 N 7th St, Phoenix, AZ 85024 received by Jen Baniszewski, detective. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'7"; Hair: Black;

I declare under penalty of perjury under the laws of the state of Arizona that the forgoing is true and correct.

_____  02/23/2023
Zachary Mueller                Date
MC-8735

ZM Legal Services
PO Box 41666
Phoenix, AZ 85080
6024651035