## United States District Court

BRANDON JACKSON
Plaintiff

NO. 2:22-cv-01898-JJT-ESW

Certificate of Service

vs.

FEDERAL BUREAU OF INVESTIGATIONS; ET AL.
Defendant(s).

```
FILED        LODGED
RECEIVED     COPY

MAR 0 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

I, Zachary Mueller, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**To be served upon:** Rachell Mitchell

**Recipient Name:** Pat Felix, AUthorized to Accept on behalf of Rachell Mitchell

**Address:** 3131 W Durango St, Phoenix, AZ 85009

**Manner of Service:** Authorized, Feb 21, 2023, 12:37 pm MST

**Documents:** Summons in a Civil Action and Complaint for Violation of Civil Rights

**Additional Comments:**
1) Successful Attempt: Feb 21, 2023, 12:37 pm MST at 3131 W Durango St, Phoenix, AZ 85009 received by Pat Felix, ata. Age: 60; Ethnicity: Hispanic; Gender: Female; Weight: 160; Height: 5'8"; Hair: Black;

I declare under penalty of perjury under the laws of the state of Arizona that the forgoing is true and correct.

_[signature]_                    02/23/2023

Zachary Mueller                  Date
MC-8735

ZM Legal Services
PO Box 41666
Phoenix, AZ 85080
6024651035