# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson, | No. CV-22-01898-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigations, et al., | |
| Defendants. | |

Defendants Deputy County Attorney Neha Bhatia and Maricopa County Attorney Rachel Mitchell (collectively, "Defendants") have filed a Motion to Dismiss (Doc. 17).

**NOTICE -- WARNING TO PLAINTIFF**

The Motion to Dismiss seeks to have all or part of your case dismissed. Plaintiff is advised of the following specific provisions of Rule 7.2 of the Local Rules of Civil Procedure ("LRCiv"), Rules of Practice of the U.S. District Court for the District of Arizona:

Subparagraph (e) provides:

> (1) Unless otherwise permitted by the Court, a motion including its supporting memorandum, and the response including its supporting memorandum, may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts.

> (2) Unless otherwise permitted by the Court, a reply including its supporting memorandum shall not exceed eleven (11) pages, exclusive of attachments.

Subparagraph (i) provides:

> If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the unrepresented party or counsel does not serve and file the required answering memoranda, or if the unrepresented party or counsel fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

It is Plaintiff's obligation to timely respond to all motions.  **The failure of Plaintiff to respond to the Motion to Dismiss may in the discretion of the Court be deemed as consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice as to the moving parties pursuant to LRCiv 7.2(i).**  *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam). Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **March 20, 2023** to file a response to the Motion to Dismiss (Doc. 17).

**IT IS FURTHER ORDERED** that Defendants shall file any reply within seven days from the date Plaintiff's response is filed.

**IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 6th day of March, 2023.

*/s/ Eileen S. Willett*
Honorable Eileen S. Willett
United States Magistrate Judge