THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCivP 5.4
(Rule Number/Section)

Brandon Glen Jackson
Brandonjackson178@gmail.com
P.O Box 33423
Phoenix AZ 85067
Plaintiff, Pro Se

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 3 0 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson,<br>Plaintiff,<br><br>v<br><br>Federal Bureau of Investigations, et al.,<br>Defendants. | NO. CV22-01898-PHX-JJT-(ESW)<br><br>**PLAINTIFF BRANDON JACKSON'S MOTION TO REQUEST HEARING**<br><br>and<br><br>**Change of mailing address of Plaintiff** |

The Plaintiff Brandon Jackson respectfully submits motion to set a hearing date for the previous set of motions submitted by the defendants and plaintiff. In support of this motion the hearing will cover the following motions:

1. The MCAO defendant motion to dismiss themselves from the complaint

2. The plaintiff Jackson's motion to not dismiss MCAO defendants and continue with the complaint

3. The plaintiff Jackson's motion to amend the complaint one final time to satisfy the defendants argument that Jackson failed to state a Monell claim.

4. The plaintiff Jackson also wishes to change his mailing address due to the fact he has unstable living due to the investigations and destruction of Jackson's life from the charges MCAO and FBI brought upon Jackson.

1

Wherefore, the plaintiff Jackson respectfully requests that the Court set the earliest possible hearing date on a Friday so Jackson does not have to call out of work that he just got.

Respectfully submitted on May 27th, 2023.

BRANDON G JACKSON
PLAINTIFF, PRO SE