Brandon Glen Jackson
Brandonjackson178@gmail.com
P.O Box 33423
Phoenix AZ 85067
Plaintiff, Pro Se



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson,<br>Plaintiff,<br><br>V<br><br>Federal Bureau of Investigations, et al.,<br>Defendants. | NO. CV22-01898-PHX-JJT-(ESW)<br><br>**PLAINTIFF BRANDON JACKSON'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff Brandon Glen Jackson requests that the clerk of court enter default against defendant Federal Bureau of Investigations pursuant to Federal Rule of Civil Procedure 55(a). In support of this request the plaintiff relies upon the record in this case and the affidavit submitted herein.

If the court wants supporting evidence of the accusations the plaintiff Brandon Glen Jackson claimed in this case, the plaintiff will do so by submitting such evidence on a flash drive. Evidence includes FBI whistleblower documents, FBI surveillance of Jackson's social media, search warrants and reasoning for raid on Mr. Jackson home,

1

previous court documents, news articles, and recent court rulings involving the FBI directly related to Mr.Jackson's claims.

Dated this 13th day of August, 2023

BRANDON G JACKSON
PLAINTIFF, PRO SE