# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　Defendants. | NO. CV-22-01898-PHX-JJT (ESW)<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Federal Bureau of Investigation.

DEFAULT ENTERED this 21st day of August, 2023.

Debra D. Lucas
District Court Executive/Clerk of Court

August 21, 2023

By　s/ K. James
　　Deputy Clerk
