Brandon Glen Jackson
Brandonjackson178@gmail.com
P.O Box 33423
Phoenix AZ 85067
Plaintiff, Pro Se



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson,<br>Plaintiff,<br><br>V<br><br>Federal Bureau of Investigations, et al.,<br>Defendants. | NO. CV22-01898-PHX-JJT-(ESW)<br><br>**PLAINTIFF BRANDON JACKSON'S AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ENTRY OF DEFAULT

I, Brandon Glen Jackson, being duly sworn, state as follows:

1. I am the plaintiff in the above-entitled action and I am familiar

    with the file, records, pleadings and evidence in this matter.

2. The amended complaint in which summons were reflected was filed on February 7

9th 2023 .

3. The summons were filed on February 10th 2023

4. Defendant was served with a copy of the summons and complaint on

1

February 21st 2023, as reflected on the docket sheet by the proof of service filed on March 3rd 2023.2

5. An answer to the complaint was due on April 22 2023.

6. Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

7. Plaintiff requests that the clerk of court enter default against the defendant.

BRANDON G JACKSON
PLAINTIFF, PRO SE

Sworn to and subscribed before me Monalee Kamlley

this 20th day of August, 2023

_____
Notary Public

My Commission Expires: 12/26/2023
for Maricopa, Arizona



MONALEE KAMLLEY
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 574946
Expires December 26, 2023