Brandon Glen Jackson
Brandonjackson178@gmail.com
P.O Box 33423
Phoenix AZ 85067
Plaintiff, Pro Se

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson, <br> Plaintiff, <br><br> V <br><br> Federal Bureau of Investigations, et al., <br> Defendants. | NO. CV22-01898-PHX-JJT-(ESW) <br><br> **RESPONSE TO ORDER TO SHOW CAUSE** |

*THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.*

*REFERENCE  LRCvP 5.4*
*(Rule Number/Section)*

As ordered on August 25th 2023, Plaintiff Brandon Jackson's response to "Order to Show Cause" is as follows:

**(1) Background:**

Prior to the February 21st 2023 servings of the Federal Bureau of Investigation (FBI), the FBI Phoenix Field Office, Special Agent Jason L. Saitta, and Special Agent Jennifer Baniszweski; Mr.Jackson attempted to personally serve these individuals and agencies using a third party servicing company. The FBI refused to acknowledge the summons and forced the servicing company to leave. On February 21st, Zachary Mueller had to trick the agents to serve them. Upon doing this, Baniszweski was served along with the FBI field office.

1

Mr. Jackson mailed a copy of the complaint and summons to the Attorney General of the United States on March 2nd 2021 through certified mail using the address: 950 Pennsylvania Avenue NW, Washington DC 20530. This mailing address is listed on https://www.justice.gov/ag.

Due to the difficulty finding a "mailing address" associated with the Arizona General Attorney and FBI in Washington DC, Mr. Jackson sent an email to the Arizona Attorney General on March 2nd 2021 with a complaint attached and personally served the Phoenix FBI on February 21st.

**(2) Discussion:**

While the FBI and Arizona Attorney General have "Addresses" clearly on their websites, there is no reference to "Mailing Addresses". A person who is filing a complaint has to guess where to send summons and the complaint in hope they get the correct address. As shown in this current case, Plaintiff Jackson's mailing address and home address are different. This is common for business and government agencies as well.

Due to this, Mr. Jackson found under Federal Rule of Civil Procedure Rule 4(f)(3) that email is an appropriate form of service. While Rule 4(i)(2) does not specifically acknowledge email as a form of service, Mr.Jackson is not suing the Arizona Attorney General, rather informing them of the suit against the FBI. The Arizona Attorney General has an email address of "AGInfo@azag.gov" listed on their website as a means of contact. Advertising this email on the website is well established and maintained for

2

the purposes of e-commerce. Through this means, it does seem like the Arizona Attorney General is aware of the complaint. Not only this, but Mr. Jackson also has confirmation the email was sent, received and has a copy forever.

Since Mr. Jackson attempted to directly serve the FBI field office due to not being able to find a "direct mailing address"; he thought this was sufficient as to inform the agency about the complaint. Mr. Jackson acknowledges this mistake as his own but also considers this better than mailing as there is proof the complaint was physically received. There are multiple mailing addresses associated with the FBI in the United States.

Mr. Jackson did serve the U.S Attorney General appropriately as stated in Rule 4(i)(2). However, Mr. Jackson can not find the receipt with the tracking number. The U.S Post office only keeps records up to a month on the computer the post office used to purchase the tracking. After, the only way to see the record of the delivery is through the tracking number. Had Mr.Jackson sent an email to the U.S Attorney General, these records would have been easy to save and access.

The court should acknowledge that Mr.Jackson is representing himself and due to this, does not know every official mailing address like a fully licensed attorney may. Mr. Jackson attempts to research and find info as much as he can, but information is not always readily available or advertised to the general public. Along with this, even if Mr.Jackson were to individually file a complaint against the agents involved, the FBI keeps their personnel information from the public for security reasons.

Mr. Jackson attempted in good faith to appropriately serve the FBI and inform both the Arizona and U.S Attorney Generals. Although Mr.Jackson did not fully serve

3

the FBI and Arizona Attorney General according to Rule 4(i)(2), both parties are fully aware of the complaint. The U.S Attorney General was appropriately informed, but Mr.Jackson does not have the receipt to prove that.

**(3) Resolution:**

Mr. Jackson hopes the court understands reasoning as to why he did not mail a copy of the summons and complaint through certified mail to the Arizona Attorney General and FBI headquarters.

Mr. Jackson is requesting the court to extend the time to send out complaints and summons if the court is not satisfied with the email e-commerce sent to the Arizona Attorney General and service of the FBI. Mr. Jackson would like to send another summons and complaint filings to both the U.S and Arizona Attorney Generals and also officially send a complaint to the FBI through certified mail.

Mr. Jackson is requesting the appropriate address of the FBI and Arizona Attorney General to ensure the complaint is sent to the correct address if email service is rejected.

Mr. Jackson is also requesting the home addresses of Special Agent Jason L. Saitta and Special Agent Jennifer Baniszweski. Upon receiving the address, Mr.Jackson will serve the agents to ensure everyone was appropriately served whether the complaint is individual or not.

If the court dismisses the FBI from the case, Mr.Jackson will file an appeal or just refile the complaint as the issues are forgoing and Mr.Jackson is continuing to be targeted. The FBI is aware of the complaint and is choosing to ignore it. Mr.Jackson

believes even if "served appropriately" the FBI will still default in the complaint. Majority of the evidence acquired by Mr.Jackson is directly from the FBI and other recent court rulings against the FBI that heavily favor Mr.Jackson.

If the court approves email as a form of service to the Arizona Attorney General, then Mr.Jackson fulfilled service to the Arizona General Attorney. The FBI Arizona field office received the summons and complaint by physical service. The Attorney General of the United States was sent a copy of the complaint via certified mail. The court should continue with the filed default motion.

Dated this 9th of September, 2023

BRANDON G JACKSON

PLAINTIFF, PRO SE

*Attachment*

# Original Message

| Message ID | <CAKMd7QmvRMDYqz=r1mFat-NpnH7-QFVyO+VGsmrzORyPZmMOow@mail.gmail.com> |
|---|---|
| Created at: | Thu, Mar 2, 2023 at 8:51 PM (Delivered after 0 seconds) |
| From: | Brandon Jackson <brandonjackson178@gmail.com> |
| To: | AGInfo@azag.gov |
| Subject: | 1983 & Bivens Complaint |

Download Original                                                                              Copy to clipboard

```
MIME-Version: 1.0
Date: Thu, 2 Mar 2023 20:51:40 -0700
Message-ID: <CAKMd7QmvRMDYqz=r1mFat-NpnH7-
QFVyO+VGsmrzORyPZmMOow@mail.gmail.com>
Subject: 1983 & Bivens Complaint
From: Brandon Jackson <brandonjackson178@gmail.com>
To: AGInfo@azag.gov
Content-Type: multipart/mixed;
 boundary="000000000000f32a4205f5f6dc68"

--000000000000f32a4205f5f6dc68
Content-Type: multipart/alternative;
 boundary="000000000000f32a4005f5f6dc66"

--000000000000f32a4005f5f6dc66
Content-Type: text/plain; charset="UTF-8"

Hi Arizona Attorney General's Office,

Attached is a 1983 and Bivens complaint filed by the Plaintiff
Brandon
Jackson. Maricopa County Attorney's Office and the Federal Bureau of
Investigations are Defendants in this complaint.
This email is required by law of the nature of the complaint.

Thank you for your time,

Brandon Jackson
```

```
--000000000000f32a4005f5f6dc66
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr">Hi<span style=3D"font-weight:normal"> Arizona
Attorney Gen=
eral&#39;s Office, </span><br><div><div><span style=3D"font-
weight:normal">=
<br></span></div><span style=3D"font-weight:normal">Attached
 is a 1983 and Bivens complaint filed by the Plaintiff Brandon
Jackson.=20
Maricopa County Attorney&#39;s Office and the Federal Bureau of=20
Investigations are Defendants in this complaint. <br></span></div>
<div><spa=
n style=3D"font-weight:normal">This email is required by law of the
nature =
of the complaint. <br><br></span></div><div><span style=3D"font-
weight:norm=
al">Thank you for your time, <br><br></span></div><div><span
style=3D"font-=
weight:normal">Brandon Jackson</span></div>


</div>

--000000000000f32a4005f5f6dc66--
--000000000000f32a4205f5f6dc68
Content-Type: application/pdf; name="Amended_Complaint.pdf"
Content-Disposition: attachment; filename="Amended_Complaint.pdf"
Content-Transfer-Encoding: base64
X-Attachment-Id: f_les00za90
Content-ID: <f_les00za90>


--000000000000f32a4205f5f6dc68--
```