1 Brandon Glen Jackson
2 Brandonjackson178@gmail.com
3 PO Box 33423
4 Phoenix AZ 85067
5 Plaintiff, Pro Se
6
7 **IN THE UNITED STATES DISTRICT COURT**
8 **FOR THE DISTRICT OF ARIZONA**
9
10 Brandon Glen Jackson,
11 Plaintiff,
12
13
14 V
15
16 Federal Bureau of Investigations, et al.,
17 Defendants.

NO. CV22-01898-PHX-JJT-(ESW)

**PROOF OF SERVICE TO DEFENDANTS AS ORDERED ON OCT 3 2023**

**AND**

**MOTION TO AMEND COMPLAINT**

18
19
20
21     As ordered on October 3rd 2023, Plaintiff Brandon Jackson has served the FBI,
22 the United States Attorney General and Arizona Attorney General. Attached are three
23 proof of service receipts from the United States Postal Office showing the tracking
24 information for the certified mail. The certified mail was sent on October 20th 2023 and
25 received by the defendants on October 21st and 24th 2023. Mr.Jackson was unaware
26 that he had to pay extra for a return signature and did not receive one. If the attached
27 proof of service is not enough for the court, Mr.Jackson is requesting an extension to
28 re-serves the defendants.
29

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCwP 5.4
(Rule Number/Section)

1

30  Mr. Jackson is also requesting to amend his complaint against the defendants.
31 This amended complaint is similar to the previous attempted amended complaint, but
32 has added additional information and cases that have occurred since filing the initial
33 complaint and previous amended complaint. These new cases show that the FBI are
34 still targeting individuals associated with Mr. Jackson and "The Boogaloo". In the
35 attached amended complaint, Mr. Jackson also wishes to add another defendant,
36 Department of Alcohol Tobacco and Firearms.

37

38  Due to the addition of a new defendant, Mr. Jackson acknowledges that he may
39 have to send out new service to the defendants.

Dated this 27th of October, 2023

BRANDON G JACKSON

PLAINTIFF, PRO SE

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701497792901

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:55 am on October 24, 2023 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
October 24, 2023, 4:55 am

### Available for Pickup
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
October 23, 2023, 9:55 am

### Arrived at Post Office
WASHINGTON, DC 20018
October 23, 2023, 7:55 am

### Departed USPS Facility
WASHINGTON, DC 20026
October 23, 2023, 7:39 am

### Arrived at USPS Facility
WASHINGTON, DC 20026
October 23, 2023, 7:20 am

**Departed USPS Facility**

WASHINGTON, DC 20013
October 23, 2023, 7:04 am

**Arrived at USPS Facility**

WASHINGTON, DC 20013
October 23, 2023, 6:50 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 23, 2023, 6:34 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 23, 2023, 6:28 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 22, 2023, 8:04 pm

**In Transit to Next Facility**

October 21, 2023

**Arrived at USPS Regional Origin Facility**

PHOENIX AZ DISTRIBUTION CENTER ANNEX
October 20, 2023, 8:36 pm

**USPS in possession of item**

PHOENIX, AZ 85013
October 20, 2023, 1:43 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ︿

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9589071052701497792888

Remove ✕

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:21 am on October 21, 2023 in PHOENIX, AZ 85004.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
PHOENIX, AZ 85004
October 21, 2023, 8:21 am

### Out for Delivery
PHOENIX, AZ 85004
October 21, 2023, 6:10 am

### Arrived at Post Office
PHOENIX, AZ 85034
October 21, 2023, 4:58 am

### Arrived at USPS Facility
PHOENIX, AZ 85034
October 21, 2023, 2:07 am

### Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX
October 21, 2023, 1:35 am

### Arrived at USPS Regional Facility

PHOENIX AZ DISTRIBUTION CENTER ANNEX
October 20, 2023, 8:38 pm

**USPS in possession of item**
PHOENIX, AZ 85013
October 20, 2023, 1:40 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9589071052701497792918

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:23 am on October 23, 2023 in PHOENIX, AZ 85024.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
PHOENIX, AZ 85024
October 23, 2023, 11:23 am

● **Redelivery Scheduled for Next Business Day**
PHOENIX, AZ 85024
October 21, 2023, 9:18 am

● **Out for Delivery**
PHOENIX, AZ 85024
October 21, 2023, 9:08 am

● **Arrived at USPS Regional Facility**
PHOENIX AZ DISTRIBUTION CENTER ANNEX
October 20, 2023, 8:38 pm

● **USPS in possession of item**
PHOENIX, AZ 85013
October 20, 2023, 1:39 pm

Feedback

- Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

```
Enter tracking or barcode numbers
```

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**