IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson,<br><br>Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigations, et al.,<br><br>Defendants. | No. CV-22-01898-PHX-JJT (ESW)<br><br>**ORDER** |

Pending before the Court is Plaintiff's "Motion to Amend Complaint" (Doc. 34). Plaintiff's lodged Fourth Amended Complaint (Doc. 35) does not comply with Local Rule of Civil Procedure ("LRCiv") 15.1.

LRCiv 15.1 requires an amended pleading to indicate in what respect it differs from the original pleading "by bracketing or striking through the text that was deleted and underlining the text that was added." A district court's local rules are not petty requirements, but have "the force of law." *Hollingsworth v. Perry*, 558 U.S. 183, 191 (2010) (citation omitted). The Ninth Circuit has made clear that a pro se litigant must "abide by the rules of the court in which he litigates." *Bias v. Moynihan*, 508 F.3d 1212, 1223 (9th Cir. 2007). The District Court of Arizona routinely denies parties the opportunity to amend a complaint for failure to comply with LRCiv 15.1. *See, e.g., Bivins v. Ryan*, No. CV–12–1097–PHX–ROS (LOA), 2013 WL 321847, at *4 (D. Ariz. Jan. 28, 2013); *Huminski v. Heretia*, No. CV11-0896-PHX-DGC, 2011 WL 2910536, at *1 (D. Ariz. July

18, 2011); *Miles v. King*, No. CV-13-370-PHX-SRB (LOA), 2013 WL 5526997 (D. Ariz. Oct. 7, 2013).  Accordingly,

    **IT IS ORDERED** denying Plaintiff's "Motion to Amend Complaint" (Doc. 34).

Fcvgf "vjku"42vj "fc{"qh"Pqxgodgt."42450

Eileen S. Willett
United States Magistrate Judge