# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson, | No. CV-22-01898-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Federal Bureau of Investigations, et al., | |
| Defendants. | |

In its October 4, 2023 Order (Doc. 32), the Court set a thirty-day deadline for Plaintiff to personally serve Defendants Special Agent Saitti, the Federal Bureau of Investigation, and the United States. In his November 2, 2023 filing (Doc. 34), Petitioner states that "certified mail was sent on October 20th 2023 and received by the defendants on October 21st and 24th 2023." (*Id.* at 1). Attached to Petitioner's filing is tracking information from the United States Postal Service. (*Id.* at 3-8). However, the tracking information does not indicate the addressee of each package, the documents sent, or confirm whether the documents were sent via certified mail. Further, Plaintiff's filing (Doc. 34) does not indicate whether he also served Defendant Special Agent Saitti pursuant to Federal Rule of Civil Procedure 4(e).[1]

Federal Rule of Civil Procedure 4 provides that "[u]nless service is waived, proof

---

[1] As the Court has previously explained, to serve a federal employee, a plaintiff must (1) serve the United States and (2) serve the employee pursuant to Federal Rule of Civil Procedure 4(e). (Doc. 32 at 2) (citing Fed. R. Civ. P. 4(i)(3).

of service must be made to the court. Except for service by a United States marshal or deputy marshal, **proof must be by the server's affidavit**." Fed. R. Civ. P. 4(l)(1) (emphasis added).

**IT IS ORDERED** that to the extent service has been effected as to Defendants Special Agent Saitti, the Federal Bureau of Investigation, and the United States, Plaintiff must file proofs of service in compliance with Fed. R. Civ. P. 4(l)(1) no later than **December 4, 2023**. Each proof of service must be filed separately as to each Defendant served.

Dated this 20th day of November, 2023.

Eileen S. Willett
United States Magistrate Judge