☒ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-22-01898-PHX-JJT-ESW
(by dd)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   AZ Attorney General
   2005 N Central Ave
   Phoenix, AZ 85004

   9590 9402 7725 2152 5799 90

2. Article Number (Transfer from service label)

   9589 0710 5270 1246 8749 19

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RECEIVED NOV 11 2023

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   AZ ATTORNEY GENERAL
   PHOENIX MAIL ROOM
   PALM BUILDING

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt