Brandon Glen Jackson
Brandonjackson178@gmail.com
PO Box 33423
Phoenix AZ 85067
Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson,<br>Plaintiff,<br><br>V<br><br>Federal Bureau of Investigations, et al.,<br>Defendants. | NO. CV22-01898-PHX-JJT-(ESW)<br><br>**PROOF OF SERVICE TO DEFENDANTS AS ORDERED ON Nov 20 2023**<br><br>AND<br><br>**MOTION TO AMEND COMPLAINT** |

      As ordered on November 20th 2023, Plaintiff Brandon Jackson has served the FBI, the United States Attorney General and Arizona Attorney General. Attached are two proof of service receipts from the United States Postal Office showing the tracking information for the certified mail. The certified mail was sent on November 28th 2023 and received by the defendants on November 30th 2023. Mr. Jackson served the defendants before December 4th 2023, however has not received the signed USPS service card from the U.S Attorney General. Mr. Jackson is submitting this proof of service after December 4th because he was waiting for the signed card to be returned.

      Upon order by the court, Mr.Jackson will submit the certified mail receipt as proof that service was sent to the U.S Attorney General. Failing to submit this proof of service

1

before December 4th 2023 is not Mr.Jackson fault, rather the U.S Attorney General's office failing to sign the slip or a delay in the slip being sent back.

Mr.Jackson has fixed the issues in his last attempt to amend his complaint and underlined all newly added text as described in the order on November 20th 2023. This amended complaint is similar to the previous attempted amended complaint, but has added additional information and cases that have occurred since filing the initial complaint and previous amended complaint. These new cases show that the FBI are still targeting individuals associated with Mr.Jackson and "The Boogaloo" across the U.S. In the attached amended complaint, Mr.Jackson also wishes to add another defendant, Department of Alcohol Tobacco and Firearms.

Due to the addition of a new defendant, Mr.Jackson acknowledges that he may have to send out new service to the defendants.

Dated this December 6th 2023,

BRANDON G JACKSON

PLAINTIFF, PRO SE