# UNITED STATES DISTRICT COURT
for the

___District of Arizona___

Phoenix Division

FILED ___ LODGED ✓
___ RECEIVED ___ COPY

DEC 0 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| | |
|---|---|
| Brandon Glen Jackson <br><br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> Federal Bureau of Investigations <br> Maricopa County Attorney's Office <br> Department of Alcohol Tobacco Firearms <br> _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No.  CV22-01898-PHX-JJT-(ESW) <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✓ Yes ☐ No |

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE __22 civ 5.4__ (Rule Number/Section)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brandon Glen Jackson |
| Address | PO Box 33423 |
| | Phoenix, AZ 85067 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | 6197926619 |
| E-Mail Address | Brandonjackson178@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Neha Bhatia |
| Job or Title *(if known)* | Maricopa County Prosecutor |
| Address | 225 West Madison Street |
| | Phoenix, AZ 85003 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | 6025063411 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | FBI Phoenix Field Office |
| Job or Title *(if known)* | |
| Address | 21711 N 7th St |
| | Phoenix, AZ 85024 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | 6234661999 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [ ] Official capacity

Defendant No. 3
Name: Jason L Saitta
Job or Title (if known): Special Agent
Address: 21711 N 7th St
Phoenix, AZ 85024
City / State / Zip Code
County: Maricopa
Telephone Number: 6234661999
E-Mail Address (if known):

☐ Individual capacity ☑ Official capacity

Defendant No. 4
Name: Jennifer Baniszweski
Job or Title (if known): Special Agent
Address: 21711 N 7th St
Phoenix, AZ 85024
City / State / Zip Code
County: Maricopa
Telephone Number: 6234661999
E-Mail Address (if known):

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
First Amendment: Freedom of Speech, Thought, and Protesting
Second Amendment: Right to possess firearms and creation of a firearm.
Fourth Amendment: Unreasonable searches and seizures by the government
Fifth Amendment: Denial of liberty and property

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

First Amendment: Freedom of Speech, Thought, and Protest
Second Amendment: Right to possess and bear firearms.
Fourth Amendment: Unreasonable searches and seizures by the government
Fifth Amendment: Denial of liberty and property

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
See Additional Attachments - "Additional Text for II(D) - Basis for Jurisdiction:"

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Arizona State Capitol Lawn - 1700 W. Washington St, Phoenix AZ 85007
Brandon Jackson Home - 16911 N 49th Way, Scottsdale AZ 85254

B. What date and approximate time did the events giving rise to your claim(s) occur?
Dec 4th 2020 @ 6:30 PM
Dec 12th 2020 @ 7:00 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See Additional Attachments - "Additional Text for III(C) - Statement of Claim:"

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Brandon sustained an injury to his groin area from the grenade launcher. Days after the incident, the area including part of his penis was badly bruised.

No outside treatment was given. Brandon took ibuprofen, salt baths, and muscle relaxants to ease the pain.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Additional Attachments - "Additional Text for V - Relief"

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/06/2023

Signature of Plaintiff

Printed Name of Plaintiff    Brandon Glen Jackson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                         *City*         *State*    *Zip Code*

Telephone Number

E-mail Address

# Additional Attachments

## Additional Text for I(B) - The Defendant(s)

~~Defendant No. 5~~
~~Name                : Rachel Mitchell~~
~~Job or Title (if known) : County Attorney for Maricopa County.~~
~~Address             : 3131 W Durango St, Phoenix, AZ 85009~~
~~County              : Maricopa~~
~~Telephone Number    : (602) 372-4000~~
~~Official capacity   : Yes~~

Defendant No. 6
    Name                : Department of Alcohol Tobacco Firearms
    Address             : 99 New York Avenue, NE Washington, DC 20226
    Telephone Number    : 202-648-8520
    Official capacity   : Yes

## Additional Text for II(D) - Basis for Jurisdiction:

Jason L Saitta and Jennifer Baniszweski acted under the color of the FBI when they led an investigation against Brandon Jackson. Saitta and Baniszweski both followed the FBI's instructions to pursue certain U.S citizens due to their political views. Both agents also abused their lawful authority by aiding in the property seizure and pursuing a vendetta against Jackson and other U.S citizens. The FBI pursued Jackson and other U.S citizens for their political ideologies.

Neha Bhatia acted under the color of Maricopa County Attorney's Office when she was the assigned prosecutor in Jackson's case. Neha abused her position as prosecutor when she suppressed exonerating evidence in Jackson's case to falsely charge him and pursued a personal vendetta by attempting to re-charge Jackson after charges were dropped. Maricopa County Attorney's Office pursued the case against Jackson.

The ATF fully injected themselves when they charged Mr.Jackson for 18USC Sec922(n) "Traveling across interstate commerce with a firearm while on an indictment". While the agents

1

<u>involved did not violate Mr.Jackson's rights themselves nor did the agents mistreat Jackson in any way, their statutes and association with the Joint Terrorism Task Force is unconstitutional.</u>

## Additional Text for III(C) - Statement of Claim:
### Initial Charges and Events:

From October to December 3rd 2020, a group including Jackson were protesting at different locations including the FBI headquarters, the Arizona State Capitol Building, Maricopa County Tabulation and Election Center in Phoenix Arizona. <u>During this time period, Mr.Jackson and a few other individuals successfully performed public security at events and stopped two potential riots from breaking out at the tabulation center. After the election of 2020 Mr.Jackson and others protested at the FBI field office in Phoenix Arizona from November through December 4th 2020.</u>

FBI retaliated by ticketing the group and then on December 4th spied on Jackson at his residence, following Jackson to a protest at the Arizona State Capitol lawn. Here, the FBI used multiple different police departments in an attempt to arrest Jackson and another U.S citizen. A stand off pursued where Jackson was flash banged and shot with a rubber grenade launcher round at Jackson's groin. The other citizen was arrested. Jackson's vehicle and property in the vehicle was damaged and seized without a warrant. Jackson's and other U.S citizen's First, Second, and Fourth Amendments of the United States Constitution were violated. Neha Bhatia was assigned prosecutor in the case.

Dec 12th 2020 FBI led a raid on Jackson's and another U.S citizen's residence for "weapons manufacturing". Neha Bhatia, the prosecutor in the case, pursued the indictment against Jackson which led up to the raid. Phoenix's swat team "SAU" damaged Jackson's residence and the FBI seized more of Jackson's property along with another U.S citizen's property. Work computers, antique guns, and cryptocurrency were included in the seizure, but not in the warrant for seizure. Guns, personal computers and cell phones were seized within the scope of the warrant. Other raids on other U.S citizens occurred during this time as well. These indictments, raids, and seizures against Jackson and other U.S citizens violated the Second and Fourth Amendments of the United States Constitution. <u>Additionally the State of Arizona and Bhatia pursuing the case is a violation of AZ H.B 2111 "2nd Amendment Firearm Freedom Act" which prohibits using State funding to pursue federal firearm regulations.</u>

2

In December 2020 the FBI in partnership with DHS announced that on January 17th 2021 there will be "potential violence from far-right militant groups across the nation at every capitol". Mr.Jackson and other like minded individuals that represent part of the Boogaloo movement created this event.  This event was supposed to be a unity rally where both the right and the left can come together and talk about differences while also acknowledging common threats to our country. Instead, the U.S embraced for attacks at each state capitol. At each state capitol including Arizona, there were more police, federal agents and journalists than activists. In most cases, the ratio of agents to activists were 10 to 1 or even 50 to 1 like in Arizona. Each event at the capitols remained peaceful and every rally had the same exact message of unity. This event is logged in the FBI's evidence against Mr. Jackson in his Arizona charges.

On March 24th 2022, Jackson was arrested in Hagerstown Maryland during "The People's Convoy" for having a handgun on him. While in custody by state police, ATF's Joint Terrorism Task Force filed charges against Jackson for 18USC Sec922(n) "Traveling across interstate commerce with a firearm while on an indictment".  This charge that Jackson is currently facing is due to Bhatia's indictment that was filed as sealed. Jackson was stripped of his Second Amendment right without knowledge and none of Jackson's attorneys and public defenders have received this indictment.  The Arizona state judge did not bar Jackson from possession of firearms but because of the federal government's involvement and ramped up charges brought onto Jackson, Mr.Jackson was charged for violating federal law.

All charges against Jackson were dropped on June 25th 2022 for Arizona. The wrongful prosecution by MCAO (Neha Bhatia, Allister Adel, and Rachel Mitchell) and search by FBI's Joint Terrorism Task Force (Jennifer Baniszweski and Jason L Saitta) based on political affiliation, and suppression of exonerating evidence directly affected Jackson's life, career, and property. Due to defendants actions pursuing the plaintiff and FBI's agenda to target certain United States citizens; Jackson lost his job, house, cryptocurrency, career, and Jackson's name has been slandered as "Domestic Terrorist" causing censorship across the internet. The FBI's agenda to censor individuals on the internet using big tech violates the First Amendment and is considered defamation. The tactics FBI used to censor and the unjust use of seizures deprived Jackson, other U.S citizens of their life, liberty, and property, which violates the Fourth and Fifth Amendments of the United States Constitution.

3

On July 27th 2022 the State of Maryland agreed to a stet agreement for the handgun charges against Jackson. The State of Maryland acknowledged Jackson was not from the area and both parties seemed to not want to deal with the unnecessary situation. However the federal government/court had an agenda against Mr. Jackson and continued to pursue him.

On August 30th 2022 Neha Bhatia refiled charges on Jackson for "Hindering Prosecution 1st deg" and "Resist Arrest - Passive Resistance". Jackson had already overcome the charges in court and were initially dropped with prejudice (later appealed, dropped without prejudice). Refiling these charges is a violation of the Fifth Amendment of the United States Constitution's "self-incrimination" clause. Not only does the charges violate the Fifth Amendment, but Jackson was never served or given notice of the complaint by Bhatia. Due to no notice or service on Jackson, the court issued a warrant for his arrest on 10/24/2022. Jackson still has not had his day in a trial, violating the Sixth Amendment's "right to a speedy trial". Again the State of Arizona, Bhatia and the FBI pursuing the case is a violation of AZ H.B 2111 "2nd Amendment Firearm Freedom Act" which prohibits using State funding to pursue federal firearm regulations.

In October 2023, Jackson pleaded guilty to 18USC Sec922(n) in Maryland Federal court. Sentencing will be in February 2024. However, Jackson is allowed to appeal this plea and charge due to the surrounding circumstances, lack of case law surrounding the case and Bruen vs New York. These charges are being brought up because it shows a pattern of the FBI and ATF pursuing charges against Libertarian/Boogaloo minded individuals throughout the U.S which will further be discussed.

Throughout March 2020 and today October 30th 2023, the FBI, ATF and DHS has continued to infiltrate, spy, charge, raid, kill, and displace members of a Libertarian/ Anarchist/ Boogaloo ideology. Multiple victims these government agencies targeted, Mr.Jackson is associated with. To this date, people of this ideology, which is protected by the First Amendment, are still being targeted.

Finally, Mr.Jackson requested a FOIA request from the FBI and the DOJ for "any and all information" on Mr.Jackson himself. He was denied due to an investigation being done on him. Mr.Jackson attempted to appeal this rejection and the appeal was denied due to the

4

<u>investigation. This rejection of "any" information is evidence that the FBI is keeping a close eye on Mr. Jackson and his movements.</u>

**Discovery and Facts:**

Maricopa County Attorney's Office states on their website under "Investigations Division: Task force Participation" that *"The Investigations Division Commander oversees the Division's involvement and participation in task forces. MCAO detectives are assigned to the FBI's Joint Terrorism Task Force, the U.S. Marshal's Violent Offender Task Force, the Arizona Counter-Terrorism Information Center and the Drug Enforcement Administration."* Meaning that MCAO directly works with the FBI's Joint Terrorism Task Force, the same division of the FBI that targeted Jackson and other U.S Citizens to strip them of their Constitutional rights under guise of fighting against "terrorism" and "national security threats". MCAO was not only involved in prosecuting Jackson, but was directly involved with the investigation into Jackson's and other U.S citizens cases. Because MCAO was involved in the investigation, certain qualified immunity laws regarding prosecutors and attorneys are relinquished.

Upon investigation, other Arizona citizens were facing similar charges and situations in Maricopa County. Recent complaints including one from a group of protestors who were arrested October 17th 2020 show that MCAO falsely indicted the group by a grand jury on charges of "assisting with a criminal street gang". In the same manner, MCAO falsely indicted Jackson and two other defendants in the case with "Weapons Manufacturing" along with multiple other felony and misdemeanor charges. Neha Bhatia was the prosecutor for Jackson's case and the two defendants involved in Jackson's case, however was not involved with the Oct 17th groups case.

Due to multiple divisions and prosecutors in the Maricopa County Attorney's Office being used to target Arizona citizens expressing their First Amendment right by protesting, the problem seems to lie with Maricopa County Attorney's elected seat. Allister Adel was the County Attorney during Jackson's initial charges then Rachel Mitchell took up the seat after Adel's resignation. Jackson believes that Allister Adel initially pursued protestors by charging them with false felonies then attempted to force the charged citizens to take harsh plea deals. Jackson's pleas started harsh then over the year came down to a plea deal of "Resisting Arrest". Jackson rejected all plea deals as he did not commit the crimes he was indicted on. Jackson believes

5

either Rachel Mitchell has continued Adel's pursuit of U.S and Arizona citizens protesting in Maricopa County, or Neha Bhetia has a vendetta against Jackson and is retaliating against him. <u>Arizona passed HB2111 in April 2021 which prohibits any State subdivisions to enforce Federal firearm laws that are inconsistent with the State law.</u>

Throughout 2019, 2020, and 2021 multiple Executive Orders and Acts were passed by President Trump, President Biden, and the House Judiciary Committee to investigate and prosecute "Domestic Terrorism" and/or <u>"Violent Militia Extremists"</u> alongside "White Supremacists". Multiple departments and federal government entities were included in these orders and acts that gave them power to pursue these U.S citizens deemed " Domestic Terrorist". Of these entities, the FBI, ATF, and DHS are included as the ones who perform the investigations.

Based on leaked whistleblower information, the FBI / ATF / DHS used their Joint Terrorsim Task Force to target U.S citizens who are associated with the Boogaloo, Antifa, BLM, Proud Boys, Three Percenters, Oath Keepers, and other groups who commonly are seen protesting. Whistleblower information also shows that the FBI targets those who support the Second Amendment and label them as "Domestic Terrorists" to pursue a political agenda. The FBI is currently targeting U.S citizens solely due to their political affiliation and views. Many of these targeted U.S citizens, like Jackson, have not committed any crimes with victims, yet the FBI pursues them anyway as a guise of protecting "National Security and Counterterrorism".

Jackson was targeted due to his affiliation with a group known as "The Boogaloo". The Boogaloo is a group of Anarchist / Libertarian minded individuals who heavily support the Second Amendment and believe in self governance. Whistleblower documents show that "The Boogaloo" was the top group that the Joint Terrorism Task Force targeted. Multiple court cases across the U.S both show and prove that citizens associated with the Boogaloo have been monitored, surveilled, charged in court, and killed during raids. These citizens typically have committed no violent crimes (some outliers have committed violent crimes), are targeted over firearms and their political beliefs.

The FBI has used false accusations that members of the Boogaloo are racist and supports white supremacy in order to pursue members of the movement. The executive orders and acts that were passed allowed the FBI and other departments to pursue groups that incited

racism and "white supremacy". This false accusation is farthest from the truth as members of the movement have been at black lives matter rallies in support of the cause (but not necessarily the organization BLM). Members of the Boogaloo movement come from all creeds, nations, religions, race, and genders. This has been shown throughout the U.S at countless rallies/protests where the FBI also documented this.

Not only is the FBI investigating the groups mentioned above, but the FBI also work with giant tech companies like Amazon, Twitter, Google, and Facebook to censor the groups. Throughout Jackson's case, the FBI monitored Jacksons Twitter, logged posts and logged them as evidence against Jackson.

Never has Jackson been banned, flagged, or had warnings of his social media account being removed. However, throughout the period where FBI and MCAO attempted to charge Jackson, Jackson was banned off Facebook, Twitter, and MeWe. All of the social media companies stated that Jackson "violated terms and conditions" but did not explain. None of the posts were flagged, rather it seemed as though the FBI reached out to the social media companies to remove Jackson due to his political beliefs and paid companies like Twitter. The FBI did not stop with social media, and seemed to have used Amazon to ban Jackson from all websites that use Amazon Web Services (AWS) and blocked Jackson's name on search engines. Jackson and his business Black's Game Lounge was auto banned off GoFundMe and OfferUp, and Black's Game Lounge website was shadow banned on GoDaddy. All of these websites use Amazon's AWS. Jackson was able to undo the shadow ban on Jackson's business website by self hosting it.

Upon reviewing, in November 2018 FBI Deputy Assistant Director for Counterterrorism Christine Halvorsen revealed that The FBI is using Amazon Web Services' cloud services to process, host and analyze both classified and unclassified counterterrorism data. The data collection and analysis for counterterrorism investigations are now carried out in one of several AWS regions, depending on the sensitivity of the data. Information classified at the secret or top secret level makes use of the C2S cloud, which was developed by AWS in 2013 for the CIA and other intelligence agencies. Sensitive unclassified data can be hosted on either AWS' East or West GovCloud region depending on geographic proximity.

In Dec 2022 Elon Musk released a series of files after Musk purchased and became CEO of Twitter. The files stated that the FBI paid Twitter an estimated $3,415,323 since October 2019 to ban conservatives and Libertarian minded individuals off the platform. Musk bought Twitter late 2022, it seems like the FBI and Twitter have been working together up until Musk bought Twitter. The files reveal the FBI could communicate with top Twitter executives through multiple channels, including email accounts and specially built encrypted portals. The bureau would often send the company lists of users they wanted investigated for terms of use violations.

Due to the way Jackson was charged and arrested, Jackson fit the FBI's mold for a "Domestic Terrorist" / <u>"Violent Militia Extremist"</u> and was labeled as such. Being labeled as a terrorist, Jackson was and still is being picked up by the FBI's/ Amazon's data servers and being banned from AWS. Files from Twitter the FBI submitted as evidence against Jackson prove the FBI was surveilling Jackson on Twitter. <u>Elon Musk's leaked documents also show how Jackson was targeted through social media.</u>

<u>To continue, the root of Mr.Jackson's situation and charges came to be for a violation of the National Firearm Act of 1934. A homemade short-barreled rifle was found in Jackson's vehicle with no registration associated with it. While the firearm is compliant with Arizona laws, the firearm is deemed "illegal" due to failure to register it by the Federal government. The State of Arizona's HB 2111 prohibits cooperation with any law or regulation that is inconsistent with State law. Arizona allows short barreled rifles, short barreled shotguns, suppressors and citizens of Arizona do not need to register their firearms. These types of firearms and attachments are for home defense and the federal government restricting such firearms has caused much confusion across the county. Enforcing such a law is a violation of the Second and Fourteenth Amendments. Seizure of these weapons is a violation of the Fifth Amendment especially if the person built the firearm themselves, which creation is also protected by the First Amendment.</u>

<u>Further, multiple States agree that short barreled rifles, short barreled shotguns, and suppressors are legal in their state. Majority of States also do not require firearms to be registered. About 38 states allow all NFA firearms in their state and all 50 states allow a mixture of NFA firearms. Only 6 states plus Washington D.C has a forced registering system in place while 9 states prohibit any registry. This means a vast majority of states in the United States do not require registration or banning of firearms in their state. Having a registry means those who</u>

are registered have the right to have that firearm, which is a violation of the Second Amendment. It is the Right of the people to keep and bear Arms, not the registered, rather the people as a whole.

## Additional Cases and Noted Raids
## Defendants in these cases may become plaintiffs in complaint

### Raid on Duncan Lemp:

On March 12, 2020 Duncan Lemp was killed by Montgomery County SWAT team in his home while he was asleep. The raid was due to him posting pro Boogaloo and Three Percenter memes along with possession of a firearm. Duncan Lemp became a martyr for the Boogaloo movement and this was the beginning of investigations into Boogaloo ideology.

### Gretchen Whitmer Kidnapping Plot

On October 8th 2020 the FBI "thwarted" an attempt to kidnap the governor of Michigan. The FBI arrested 13 people who held a "Boogaloo ideology". Five of the thirteen were acquitted, a few took pleas to aid the prosecution, and a few were found guilty of state charges. However during the trial, it was found that the FBI actually created the kidnapping attempt and invited/ manipulated individuals to pursue this event. Over a dozen informants or agents were a part of the operation. This was the first time associates and or members of the Boogaloo were aware of the massive surveillance and infiltration of the movement. The charges the individuals were convicted of were conspiracy and firearm possession. This event is what caused Mr.Jackson and other individuals to protest at the FBI field office in November and December of 2020

### United States of America vs Wesley Temple

On December 4th 2020 and September 1st 2022 The FBI led arrests against Mr.Temple for 26 U.S. Code § 5861 "Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Act" and "Possession of prohibited weapon". The first incident occurred during Mr.Jackson's first encounter with the FBI. The FBI were interested in Mr.Temple (a firefighter at the time) for handing Mr.Jackson a rifle before the December 4th 2020 stand off at the Arizona state capitol and for protesting at the FBI field office in Phoenix. Mr.Temple was protesting because he felt he was wronged by the government for taking away his right to vote and access to weapons for self-defense. Mr.Temple was worried about how the

9

country was turning and was preparing for the worse. Temple came to protests without firearms and became an on scene medic due to his training. Once Temple served his time from the initial charges, the FBI arrested and charged him immediately from evidence they found in the first case to fulfill a quota. Mr.Temple is an easy target for the FBI due to his record. Even though Mr.Temple wasnt going to use the weapons described in his case and had them for precaution he was still pursued.

### Raid on Michael Nueman

On January 12th 2022 FBI led a raid on Michael Nueman in Arkansas for a "felon in possession of a gun" charge. The FBI targeted Nueman due to chats the FBI infiltrated and for "being anti-law enforcement". Neumann was known for being an outdoorsman that usually kept to himself. But due to being associated with the Boogaloo, FBI raided his home and attempted to serve a warrant to him at work. During the time he was being served, Neuman's instinct to fight back kicked in and was killed onsite.

### United States of America vs Aron McKillips

On October 31st 2022 a complaint was filed against Aron McKillips in Ohio for 18:922(o) "Unlawful possession of a machine gun" and 18:875(c) "Interstate communication of threats" by the FBI. These complaints came to be after over a dozen informants and agents for the FBI and ATF were believed to be in private group chats. These informants and agents then aided in creating chaos in group chats which lead to members of the Boogaloo movement to turn on eachother and threaten to kill some of the members. These chats had between 10 to 300 individuals across the nation in them. Mr.Jackson was one of the main individuals that was being threatened with death. Mr.McKillips was one of the individuals being manipulated into pursuing and killing Mr.Jackson. However, Mr.McKillips and Mr.Jackson both came to agreements with each other and began figuring out who the undercover agents in the chat were. In doing so, Mr.McKillips started to make false threats in chat against agents to force the informants /agents hand in coming out. Upon doing this, Mr.McKillips was arrested for the mentioned "crimes".

### United States of America vs Timothy Teagan

On October 29th 2022 a complaint was filed on Timothy Teagan in Michigan for 18:922(g)(3) by the FBI. Mr.Teagan has always been one of the "strivers for peace and unity" in the Boogaloo movement. Teagan, who has been at dozens of events, always took the initiative

10

to create unity whenever possible and was the driving force in the Boogaloo for peace. Mr.Jackson saw this first hand at "The People's Convoy" when Mr.Teagan joined Mr.Jackson at the event. However, the FBI chose to target Teagan for cannabis drug use (in a legal state) while owning a firearm. FBI arrested Teagan during the same period Mr.McKillips was arrested. Both Teagan and McKillips were in chats with each other and Mr.Jackson when the arrests occurred. Teagan no longer wishes to be associated with the Boogaloo due to being highly targeted and has now joined a local militia and the Libertarian Party like Mr.Jackson.

## Additional Cases

There are many other cases in different states that deal with the feud between the FBI / ATF and the Boogaloo. While in some cases Boogaloo sympathizers commit violent crimes against law enforcement, these are heavily outweighed by the FBI and ATF going after citizens for firearms and cannabis. Mr.Jackson argues that at least 90% of cases are from the federal government looking to meet quota in arresting "Domestic Terrorists" and/or "Violent Militia Extremists".

While the Boogaloo is the top movement / ideology / group that is targeted, it is not the only one the FBI / ATF / DHS goes after. To maintain quota, Three Percenters, Antifa, BLM, and Proud Boys are surveilled and potentially arrested just for owning firearms.

## Additional Information From Added Witnesses
### These witnesses may become plaintiffs

**Name:** Nathan Bergstrom
**E-Mail Address:** Voxveritas338@gmail.com

**Name:** Anthony Perez
**E-Mail Address:** lunaelenise562@gmail.com

**Name:** Tyler McGaha
**E-Mail Address:** mcgaha.tyler@gmail.com

**Name:** Wesley Temple
**E-Mail Address:**

11

### Nathan Bergstrom

Mr.Bergstrom was ticketed December 3rd 2020 by the FBI for "Protesting without a permit" while protesting at the FBI hq in Phoenix. While charges were dismissed, FBI still pursued Bergstrom and later charged him alongside Jackson and Wesley Temple for a short barreled rifle. While Mr.Bergstrom did not create the firearm, he was still charged with a felony for firing the firearm. The FBI seized all of Bergstrom's phone's, firearms, computers, and gear. After Mr.Bergstrom's home was raided due to the indictment filed by Bhatia, Mr.Bergstrom was displaced from his home and family as he was kicked from his apartment, and in return became homeless. Bergstrom stayed with friends in other states and due to traveling issues failed to go to court which resulted in his arrest in Kentucky by the FBI's JTTF on a warrant. Since then, Bergstrom is out of custody but has been dislodged from his home, family and can not return home due to lack of resources at his disposal.

The FBI violated Bergstrom's First Amendment right to protest by ticketing him and then targeting him for protesting. The FBI violated the Second Amendment for targeting Bergstrom over a firearm that is legal in the state of Arizona. The FBI violated the Fourteenth Amendment by targeting Bergstrom, Jackson, and other U.S citizens over NFA items and their political stances stripping them of equal protections of the law.

### Anthony Perez

Mr.Perez has been a business partner of Jackson's since August 2021 and a friend before August. Mr.Perez helped establish and build Black's Game Lounge, the business Jackson was starting up after his indictment. During this time, the FBI surveilled the establishment and knew about Mr.Perez's involvement in the business. In December 2022 Mr.Perez attempted to purchase a firearm, but was denied due to a FBI background check. Perez was flagged due to an incident that occurred when he was 15 and was expunged when he turned 18. The FBI had no reason to reject the purchase. Mr. Perez and Jackson both believe that the FBI has Mr.Perez on a list for aiding Jackson with his business and has possibly labeled him in a way so he can not pass a background check. Not allowing Mr.Perez to purchase a firearm is a violation of the Second Amendment.

### Tyler McGaha

Mr.McGaha is another business partner of Jackson. Mr.McGaha is an disabled Army veteran who served overseas in Iraq. After his deployment and service, McGaha started his own business and became a toy vendor. For multiple years Mr.McGaha used Offer Up and other web services to sell merchandise like Legos, Hotwheels, Funko Pops and other toys. As soon as McGaha joined the Black's Game Lounge team, he was removed from Offer Up and then shadow banned on Amazon Web Service just like Jackson. Never has Mr.McGaha been removed or flagged on these platforms and believe the FBI is responsible for the removal of his accounts. Using Amazon Web Services to ban/censor not only citizens from the internet, but also U.S military veterans is a violation of the First Amendment.

## Additional Text for V - Relief:

Jackson is requesting the FBI to stop all censoring of Jackson and his business along with removing him from their "Domestic Terrorist" and "Militia Violent Extremist" classification. Jackson is also requesting that agents Baniszeski and Saitta be removed from their employment as agents for the FBI if found guilty of ill intent. Further, FBI shall stop investigations against citizens of the United States over firearms and protests if there are no other crimes attached. Further, all other plaintiffs in this case shall also be removed from all FBI's watch lists and the Joint Terrorism Task Force to be expunged from all government agencies.

Additionally the National Firearm Act of 1934 to be deemed as unconstitutional. Short-barreled rifles, short-barreled shotguns, and suppressors shall not require a Federal tax stamp to be legal as they are "home defense" firearms meant to be used as indoor protection. With modern technology, any type of firearm can be printed, milled, or assembled..

Finally, the Department of Justice and Federal Bureau of Investigations shall be required to give Mr.Jackson "any and all information" they have gathered on him in the form of a FOIA request.

**Total Monetary damages: ($10,932,000) for Jackson:**

**Monetary damage relief from FBI**
**FBI total monetary damages: ($10,890,000)**

Actual damages: ($890,000)

 - FBI shall pay for Jackson's lost salary pay for three years: ($200,000)

 - FBI shall pay for the cryptocurrency they took without a warrant, then deleted off the phone: ($40,000)

 - FBI shall pay for Jackson's house that was lost due to defamation and loss of career: (650,000)

Punitive Damages: ($10,000,000)

 - FBI shall pay two million dollars per constitutional violation they are found guilty of committing against Jackson: (5)x($2,000,000)

~~**Monetary damage relief from Maricopa County Attorney's Office:**~~

~~Maricopa County Attorney's Office monetary damages: ($2,042,000)~~

~~Actual damages: ($42,000)~~
~~- Maricopa County Attorney's Office shall pay for the damages to Jackson's home  ($15,000)~~
~~- Maricopa County Attorney's Office shall pay for the damages to Jackson's vehicle  ($5,000)~~
~~- Maricopa County Attorney's Office shall pay for Jacksons attorneys fees ($22,000)~~

~~Punitive Damages: ($2,000,000)~~
~~- Maricopa County Attorney's Office shall pay five hundred thousand dollars per constitutional violation they are found guilty of committing against Jackson:~~
~~- (4)x($500,000)~~

~~**Monetary Damage Relief For U.S Citizens Who Join The Complaint:**~~
~~Any U.S citizen who was affected by the FBI and/or Maricopa County Attorney's Office in this case may be allowed to join in the complaint. Each U.S citizen shall be awarded $100,000 per constitutional violation that the FBI and/or MCAO has been found guilty of.~~

**Monetary Damage Relief For U.S Citizens Who Join The Complaint:**
Any U.S citizen who was affected by the FBI or ATF in this case may be allowed to join in the complaint. Each U.S citizen shall be awarded $100,000 per constitutional violation that the FBI or ATF has been found guilty of committing against them. If the U.S citizen was a victim who was charged for criminal charges regardless of court outcome, victims are awarded $1,000,000 per constitutional violation that has been committed against them.

14