1  Brandon Jackson
2  Brandojackson178@gmail.com
3  8711 Via Diego Ter
4  Lakeside CA, 92040
5  Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Glen Jackson.<br>Plaintiff.<br><br>V<br><br><br>Federal Bureau of Investigations, et al.,.<br>Defendant. | NO. CV22-01898-PHX-JJT-(ESW)<br><br>**Lodging of Document: Seventh Amended Complaint**<br>**AND**<br>**Motion to Deny Defendants Motion to Dismiss** |

Mr. Jackson is requesting one final motion for leave and for the court to approve Mr. Jackson's seventh amended complaint.

If seventh amended complaint is not approved; Plaintiff Jackson moves to deny both the Federal Defendant's (Saitta, Baniszweski, and FBI) and Maricopa County Defendant's (Bhatia and Mitchell) motion to dismiss due to Mr. Jackson properly submitting a claim in Mr. Jackson's Sixth Amended Complaint.

**(1) Background:**

Regarding the seventh amended complaint, Mr. Jackson's Fourteenth Amendment right was violated during the entire situation involving MCAO and the FBI from December 2020 to the present date. The State of Arizona and MCAO deprived Mr. Jackson of his rights due to the

1

32  FBI investigations, followed laws that targeted Mr. Jackson, disregarded his equal protection of
33  the law and took his property without due process. Not only this, but the director and agents of
34  the FBI being in open rebellion against the United States Constitution is also a violation of the
35  Fourteenth Amendment.
36         The FBI's abuse of power and how to handle constitutional violations has been a topic
37  for decades dating back to *Bell v. Hood* (1946). *Bell v. Hood* (1946) was a precursor to *Bivens v.*
38  *Six Unknown Federal Narcotic Agents* (1971) and *Bell v. Hood* was used to justify *Bivens*. In
39  *Bell v. Hood*, plaintiff brought a suit against FBI officers who they claimed had violated their
40  Fourth and Fifth Amendment rights by illegally arresting them and searching and seizing their
41  property.
42         Fast forward to 2001, Congress passed *H.R.3162 - The USA Patriot Act* (2001-2002)
43  which has allowed FBI and other government agencies to surveillance and target individuals
44  within the United States under "domestic terrorism". Since the passing of *H.R.3162 - The USA*
45  *Patriot Act* there have been dozens of different cases involving FBI misconduct. However, most
46  of these cases are dismissed due to "national security concerns".
47         Fast forward again, to 2022, Congress passed *H.R.350 - Domestic Terrorism Prevention*
48  *Act of 2022* (2022) which has further granted agencies like FBI and DHS even more authority to
49  target U.S citizens under "domestic terrorism". Within this "law" the Department of Justice is
50  also responsible for training prosecutors to handle "domestic terrorism" cases like Mr. Jackson's.
51  This act mixed with the Patriot Act has allowed FBI to target hundreds of protestors nationwide
52  unchecked.
53         Congress to date (November 2024) has yet to even try to create a remedy for the FBI's
54  abuse of power, which has been an issue since 1946. Instead, Congress has given agencies like

55  the FBI and DHS even more power to abuse citizens of the United States and their Constitutional
56  Rights.
57  **(2) Analysis:**
58       **a. Fourteenth Amendment**
59       *Section 1* of the Fourteenth Amendment states, "No State shall make or enforce any law
60  which shall abridge the privileges or immunities of citizens of the United States; nor shall any
61  State deprive any person of life, liberty, or property, without due process of law; nor deny to any
62  person within its jurisdiction the equal protection of the laws.".
63       Further *Section 3* of the Fourteenth Amendment states, "No person shall be a Senator or
64  Representative in Congress, or elector of President and Vice-President, or hold any office, civil
65  or military, under the United States, or under any State, who, having previously taken an oath, as
66  a member of Congress, or as an officer of the United States, or as a member of any State
67  legislature, or as an executive or judicial officer of any State, to support the Constitution of the
68  United States, shall have engaged in insurrection or rebellion against the same, or given aid or
69  comfort to the enemies thereof."
70       The "laws" that MCAO pursued in violation are *H.R.3162 - The USA Patriot Act* (2001-
71  2002) and *H.R.350 - Domestic Terrorism Prevention Act of 2022* (2022). MCAO enforcing and
72  working with the FBI to enforce both *H.R.3162* and *H.R.350* violates the Fourteenth
73  Amendment. Targeting protesters as "domestic terrorists", disarming them, destroying their
74  lives, and possibly murdering them violates multiple Constitutional Rights as well.
75       Additionally, the Director of the FBI has violated the Fourteenth Amendment as he is
76  using the FBI to pursue an open rebellion against the United States Constitution and its people.
77       **b. Bivens allows claims against FBI agents and director**

78  The primary holding in *Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388*
79  (1971) states, "While there is no explicit right to file a civil lawsuit against federal government
80  officials who have violated the Fourth Amendment, this right can be inferred. This is because a
81  constitutional protection would not be meaningful if there were no way to seek a remedy for a
82  violation of it.". The majority opinion issued a clear rule that federal courts may award damages
83  for any violations of constitutionally protected interests by using traditional remedies such as
84  money damages.
85  Two of the primary cases used in *Bivens* to determine if Federal Bureau of Narcotics
86  agents and federal agents in general could be pursued were *Bell v. Hood* (1946) and *Monroe v.*
87  *Pape* (1961). In *Bell v. Hood* (1946), the plaintiff brought a suit against FBI agents for violations
88  of the Fourth and Fifth Amendments. In *Monroe v. Pape* (1961) the Court held that a
89  Reconstruction-era civil rights statute permitted individuals to bring a lawsuit against state
90  officers who had violated their constitutional rights by engaging in an improper search or
91  seizure.
92  The court made its decision in *Bivens* due to the case law outlined in *Bell v. Hood* (1946)
93  and *Monroe v. Pape* (1961). The fact that *Bivens* states "federal officials" as a general term and
94  not "narcotics agents", means that any federal official, including those within the FBI can have
95  claims be brought against them. Another indicator that FBI agents can have *Bivens* claims
96  brought against them is the fact that *Bell v. Hood* dealt only with FBI, and was a primary case
97  used to determine *Bivens*.
98      **c. Judicial relief is already in place within Bivens, Congress created the**
99         **problem.**

100        The federal defendant's dismissal due to the *Egbert-Abbasi* test does not hold up when
101 looking at the reality of the situation. Congress has had the opportunity to create a remedy since
102 1946 and has failed to do so. Instead, Congress has allowed the FBI and other government
103 agencies to run rampant by passing bills and laws that give them more authority and power to
104 trample on citizens Constitutional Rights. Congress has no intention of creating a remedy and
105 instead is the reason for the issue at hand. The United States of America has a system of checks
106 and balances, and the Judicial branch should be the balance if the Executive and Legislative
107 Branches are passing laws that violate Constitutional Rights. Furthermore, Bivens is already in
108 place and there is no need to create some new magical remedy to recover monetary damages.
109        *Xi v. Haugen* (2023) and Mr. Jackson's cases are considerably different. Xi was targeted
110 for "foreign policy" while Mr. Jackson was targeted for "political ideology". The fact that the
111 federal defendant's claim that Mr. Jackson protesting is a threat to national security, secures Mr.
112 Jackson's claims that the federal defendants violated his First Amendment right. Mr. Jackson has
113 the right to peacefully protest and be politically aligned however he chooses. Just because Mr.
114 Jackson's ideologies include balancing the federal budget and cutting federal spending, does not
115 mean Mr. Jackson is a national security threat. One could say that the FBI pursuing Mr. Jackson
116 in this case proves Mr. Jackson correct that the FBI and other government agencies have too
117 much power and easily abuse their positions without repercussions.
118        Mr. Jackson has no way to pursue damages as 28 U.S.C. § 1495 (may) only pertain to
119 damages from the ATF and his Maryland case, not the case involving the FBI. Mr. Jackson was
120 never imprisoned or unjustly convicted in his Arizona case. The main bulk of the charges were
121 dismissed which included multiple felonies. Mr. Jackson is attempting to recover lost income, a
122 house, career, and possessions that were taken from him when the FBI unjustly raided his home

123  and forced local law enforcement to shoot at Mr. Jackson (under false pretense). The federal
124  defendants have kept some of Mr. Jackson's belongings and are more than likely using them for
125  personal use. This raid FBI pursued with MCAO is the basis of Mr. Jackson's Fourth and Fifth
126  Amendment Rights violation. Mr. Jackson has no other remedy available to him besides *Bivens*.
127  Mr. Jackson's Fourth Amendment claim is identical to that in the original *Bivens* case.

128  **d. MCAO policy is not needed when constitutional rights are clearly defined**

129  Mr. Jackson's injury came from MCAO policy with the FBI's JTTF. Due to MCAO
130  having the policy in place, MCAO allowed FBI to pursue massively over exaggerated charges
131  against Jackson. These charges and raid put him massively in debt, losing him his job, and
132  home. MCAO Bhatia refiled charges following *H.R.350 - Domestic Terrorism Prevention Act of*
133  *2022* which further hindered Mr. Jackson's life and got Mr. Jackson fired from his systems
134  analyst job at Phoenix Union High School District. At PUHSD, Mr. Jackson automated multiple
135  server and backup systems, which greatly aided in education in the Phoenix area.

136  Regardless of policy, the Constitution is clearly defined in all states of the United States
137  of America. Upon taking office as a federal or state employee, one swears an oath to uphold the
138  U.S Constitution. Individuals and organizations can still violate their oath by performing actions
139  outside of policy.

140  **e. Constitutional Rights violated**

141  Mr. Jackson's First Amendment was violated do to the JTTF targeting political
142  opposition to the current regime on the United States. Due to the policy MCAO enacted in aiding
143  with JTTF investigations, they were obligated to trust FBI and their investigations. Majority of
144  the JTTF investigations in recent years are of protesters, in particular Libertarian/conservatives
145  were a primary focus. In September 2020, the FBI director Chris Wray had told Congress that

146  Antifa is an ideology, not an organization, while President Trump and his supporters have been
147  arguing for designating it as a terror group. President Trump already lightly started to target
148  Boogaloo protesters at this time, however once President Biden got into office, it seems as
149  though the entire FBI's focus became to target any conservative or libertarian protester they
150  could. Director Chris Wray disregarded his own speech to Congress, and targeted ideologies that
151  were against the ideology of the Biden administration. During this time, the FBI used and
152  manipulated multiple prosecutors across the county. Due to the manipulation, MCAO Bhatia
153  manipulated a grand jury to pursue Mr. Jackson based on his political ideology being a danger to
154  the community and to raid his home for "weapons manufacturing".
155       Jackson's Second Amendment was violated due to a raid on his house to steal his
156  firearms and force Mr. Jackson to not be able to defend himself. The FBI did not have probable
157  cause for a "weapon manufacturing" lab inside of Jackson's home, and the FBI soul reason for
158  raiding and charging Mr. Jackson was to strip him of his Second Amendment so he would be
159  defenseless. The FBI and ATF have been seen doing this all over the county since 2020
160  wrapping people up in ridiculous firearm charges that may or may not stick to simply disarm
161  them. Further, the Judge overseeing the case never barred Mr. Jackson from firearms, so the
162  confiscation of the firearms is unconstitutional. Maryland District Court already held that Mr.
163  Jackson was legally allowed to carry and possess firearms in Arizona, however due to traveling
164  with it, is where Mr. Jackson met the ATF charges (currently in 4th circuit appeals). Jackson
165  complied with all Arizona state firearm laws. Mr. Jackson was not a felon, is not mentally ill,
166  and was carrying in a legal area. The FBI illegally flagged Mr. Jackson on background checks so
167  he could not purchase firearms prior to his Maryland case which defied the Judges orders.

168    Mr. Jackson's Fourth Amendment claim is the same type of claim as *Bivens*. The FBI,
169 leading the charge with aid from MCAO and Phoenix PD raided Mr. Jackson's home as a
170 weapons manufacturing lab. There was no such reasoning or evidence supporting a magical
171 weapons lab was in Mr. Jackson's home. The warrant relied heavily on "theory", "boogaloo",
172 and distorted "evidence". During the raid, Phoenix SWAT were infuriated with the FBI that they
173 were manipulated into raiding Mr. Jackson's home. Mr. Jackson has body cam footage
174 supporting this claim. Further, the FBI took objects that were not included in the warrant, which
175 included Mr. Jackson's work laptop and crypto currency. The warrant scope of confiscating
176 items was far from just as the FBI took every phone, computer, firearm, 3D printers, flash drives,
177 etc from Mr. Jackson's home. The FBI then wiped Mr. Jackson's phone which held video
178 evidence of the initial stand off at the AZ capital and had his crypto on it.
179    Mr. Jackson's Fifth Amendment claim is the same as the denial of life, liberty, and
180 property claim in *Bivens*. The FBI denied Mr. Jackson of his job and career by stealing his work
181 laptop and communications devices. Due to Mr. Jackson being a Software Engineer working
182 from home (due to covid), he could only perform his job duties on a specific computer which
183 was given to him by his employer. Mr. Jackson had no way to communicate with his employer
184 or perform his work duties and was fired for "work abandonment". The FBI refused to give back
185 the property even after Mr. Jackson employer and attorney requested it back. Further, the FBI
186 withheld Mr. Jackson's house keys from him when they initially arrested him at the Arizona
187 capital. FBI withholding Mr. Jackson's house keys without a warrant meant they took possession
188 of Mr. Jacksons home without a warrant since Mr. Jackson did not have possession of the objects
189 to enter his own residence and FBI did. Mr. Jackson was denied his career, which is a part of his
190 life, his liberties were heavily stripped, and property. Additionally, the FBI still have Mr.

191  Jackson's body armor and have refused to give it back. Jackson believes the FBI is using it for
192  public use and have not justly compensated Jackson for such use.

### f. Ruling on First Amendment Bivens

194  *Egbert-Abbasi* (2022) not only dealt with potentially leaving Congress to deal with a remedy
195  for a Constitutional violation, but it also allowed First Amendment claims to be examined by the
196  court and Judicial branch instead of Legislative. In the context of First Amendment retaliation
197  claims, this reasoning counsels *in favor* of allowing a *Bivens* action. The Court has said that
198  remedies for federal officers' violations of fundamental rights should be primarily left to the
199  democratic process. But that process only functions when elected officials are informed through
200  the free flow of ideas. Retaliation chills individuals from participating in public discourse that
201  could influence the democratic process and, more specifically, policymaking. Therefore,
202  retaliation also undermines Congress's ability to respond to the public and to provide for the
203  remedies the Supreme Court has said it is best equipped to make. Allowing a *Bivens* remedy for
204  First Amendment retaliation would go a long way toward removing this chill and protecting the
205  free flow of information to elected officials, and, therefore, preserving the assumptions on which
206  the Court's *Bivens* reasoning rests.

207  Retaliation by officials against individuals based on the views they express or the grievances
208  they discuss breaks the chain between speech, the democratic process, and legislative remedies.
209  The Court has reasoned that Congress, rather than the judicial branch, is the body responsible for
210  creating laws and legal remedies to address rights violations, through statutory causes of action
211  or administrative schemes. This reasoning holds only if Congress is first able to *hear* that a
212  problem exists, and receive enough input to create an adequate remedy. Where an individual is
213  retaliated against for trying to petition the government to have their rights remedied, then the

214 democratic process for legislating remedies that the Court relied on in *Bivens* cannot properly

215 function.

216     A *Bivens* action for First Amendment retaliation is, for this reason, uniquely important. It

217 protects the ability of the public to seek from Congress remedies that the Supreme Court itself

218 has denied. In the words of the Court itself, it would be incongruent to "hold that the government

219 retains the power to act in this representative capacity, and yet hold, at the same time, that the

220 people cannot freely inform the government of their wishes." A *Bivens* damages remedy is

221 needed to ensure that the political process for creating legislative remedies is not subverted by

222 the very officials against whom those remedies would lie. An injunctive remedy is insufficient,

223 not only because injunctions do not have the deterrent effect that damage awards do

224     The possibility of monetary damages through a *Bivens* claim creates for federal officers a

225 powerful and necessary deterrent against First Amendment retaliation, and so protects the ability

226 of individuals to engage in the free exchange of ideas and to freely petition Congress.

227     Additionally, the possibility of monetary damages may overcome the hesitation of those who

228 wish to reveal government misconduct but fear further retaliation.

229     The availability of a *Bivens* action for First Amendment retaliation claims would allow

230 Congress to play its role in crafting remedies, and thereby preserve the democratic process the

231 Court has pointed to as the reason for its reluctance to extend *Bivens*.

232     The FBI not only targeted Mr. Jackson for his political ideology, but also retaliated against

233 him and others for protesting the FBI due to the FBI targeting political ideologies.

234

235

236

237  **(3) Conclusion:**

238    Jackson is terrified for his life if this case is dismissed, as he will continue to be on a
239 watchlist, and further monitored by the FBI even more so than he initially was. Jackson's
240 Constitutional Rights will continue to be violated until a remedy is found, if one ever is found.
241 Judiciary not allowing this claim, or a similar remedy to go through is further escalating the
242 nation into a potential civil conflict as thousands of individuals are being targeted by an
243 unchecked, out of control FBI, that Congress gave power to. If no remedy is available, the
244 United States Constitution as a whole is null and void due to federal agents being able to run
245 rampant and rebel against it.

246    For reasons stated, Mr. Jackson requests the court to deny the Federal Government, Federal
247 Defendants, and Maricopa County Defendants motion to dismiss. Additionally, if the court feels
248 like Mr. Jackson's 7th amended complaint adds additional needed context, the court should
249 approve his final 7th amended complaint.

250

251              Dated this 25th of November 2024

252

253

254              **BRANDON G JACKSON**

255              **PLAINTIFF, PRO SE**